IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| | ) | |
| V. | ) | No. 1:23-cv-00119-MAC |
| | ) | |
| RICKY ALLEN FACKRELL | ) | **CAPITAL 2255 PROCEEDINGS** |
| | ) | |
| | ) | |

---

## MOTION TO PROCEED IN FORMA PAUPERIS

---

Movant, Ricky Fackrell, hereby moves this Court for leave to proceed *in forma pauperis* in the above-captioned action. In support of this motion, movant would show that he is an inmate housed in the Special Confinement Unit of USP-Terre Haute where he is unable to work. He has been found indigent by this Court in the related criminal matter Case No. 1:16-cr-00026-MAC, Doc. No. 771, PageID # 21100.

WHEREFORE, the motion should be granted.

Dated: March 27, 2023

                                        Respectfully Submitted,


                                        /s/ Kelley J. Henry
                                        Kelley J. Henry, BPR # TN 021113
                                        Supervisory Assistant Federal Public
                                        Defender, Capital Habeas Unit
                                        kelley_henry@fd.org

/s/ Amy D. Harwell
Amy D. Harwell, BPR # TN 018691
Assistant Chief, Capital Habeas Unit
Office of the Federal Public Defender for
the Middle District of Tennessee
amy_harwell@fd.org

/s/ J. Houston Goddard
J. Houston Goddard, BPR # NY 4545851
Assistant Federal Public Defender
Office of the Federal Public Defender for
the Middle District of Tennessee
houston_goddard@fd.org

/s/ Kit Thomas
Kit Thomas, BPR # WV 13477
Assistant Federal Public Defender
Office of the Federal Public Defender for
the Middle District of Tennessee
kit_thomas@fd.org

810 Broadway, Suite 200
Nashville, TN 37203
615.736.5047 (P)
615.736.5265 (F)

*Counsel for Movant Ricky Allen Fackrell*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of this document has been served on counsel for the

Government by electronic case filing via the PACER CM/ECF system.

*/s/ Kelley Henry*
Date of Service: March 27, 2023