IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| | ) | |
| V. | ) | No. 1:23-cv-00119-MAC |
| | ) | |
| RICKY ALLEN FACKRELL | ) | **CAPITAL 2255 PROCEEDINGS** |
| | ) | |
| | ) | |

## ORDER

Upon consideration of Movant's Motion to Proceed in Forma Pauperis, the Court finds the motion is well taken and should be GRANTED.

IT IS THEREFORE ORDERED that Ricky Fackrell is authorized to proceed in forma pauperis.