IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

BEAUMONT DIVISION

| | | |
|---|---|---|
| RICKY ALLEN FACKRELL, | § | |
| v. | § | CIVIL ACTION NO. 1:23-cv-119 |
| | | CRIM. NO. 1:16-cr-00026(02) |
| UNITED STATES OF AMERICA | § | |

O R D E R

Before the Court is Movant Ricky Allen Fackrell's Motion for Leave to Proceed *In Forma Pauperis* (Dkt. #2). Movant seeks leave to proceed *in forma pauperis* in this Section 2255 federal habeas proceeding. There is no filing fee for Section 2255 motions filed by prisoners in federal custody. Local Rule CV-3(a). Movant's motion is moot. It is therefore

**ORDERED** that Movant's Motion for Leave to Proceed *In Forma Pauperis* (Dkt. #2) is **DENIED** as **Moot**.

SIGNED this 23rd day of May, 2023.

_____
Zack Hawthorn
United States Magistrate Judge