# EXHIBIT 2

Declaration of Satyra Deaver

I, Satyra Deaver, being of lawful age and legal resident of the City of Murfreesboro, Rutherford County, Tennessee, declare the following to the best of my information and belief:

1. I am the Chief Paralegal for the Federal Public Defenders for the Middle District of Tennessee. I am the records custodian for our office for *United States v. Ricky Fackrell,* 1:16-cr-00026-MAC-ZJH.

2. On August 16, 2022, in my official capacity as records custodian, I went to the U.S. District Court for the Eastern District of Texas located in Beaumont to review the court's file on Mr. Fackrell.

3. I received a thumb drive from the clerk containing restricted docket entries which included Jury Notes, Verdict of the Jury and Jury Certification.

4. While reviewing and copying the file, I copied removable media that contained 317 jury questionnaires. I also copied Government Exhibit 3, Jury Pool Available Report dated 03/26/2018.

5. On November 1, 2022, Leigh Lyon, Operations Manger for the U.S. District Court for the Eastern District of Texas, emailed the general orders updating the Jury Plan as well as Appendix E to the local rules from 2009.

6. These are the only records I have received from the U.S. District Court for the Eastern District of Texas regarding the jury in Mr. Fackrell's case.

I declare under penalty of perjury under the laws of the United States of America and the State of Tennessee that the foregoing is true and correct. On this the 22nd day of February, 2023.

Satyra Deaver