# EXHIBIT 3

# Satyra Deaver

| | |
|---|---|
| **From:** | Leigh Lyon <Leigh_Lyon@txed.uscourts.gov> |
| **Sent:** | Wednesday, November 30, 2022 4:15 PM |
| **To:** | Satyra Deaver |
| **Subject:** | RE: Plan for the Random Selection of Jurors - April 2018 |

Good afternoon, Ms. Deaver,

I apologize for the delay caused by my travel and the holidays. I have now confirmed that no physical records exist for the grand jury's master jury wheel, and all physical records for the petit jury wheel that still exist were made available to the teams in September and October. Both wheels' records are past their eligibility date for destruction, but the strike lists, case-related questionnaires, and qualification questionnaires for the trial jury panel were retained and provided during the visits.

Kind regards,

Leigh Lyon
Operations Manager
U.S. District Court for the Eastern District of Texas
(903) 590-1060

**From:** Satyra Deaver <Satyra_Deaver@fd.org>
**Sent:** Wednesday, November 30, 2022 9:33 AM
**To:** Leigh Lyon <Leigh_Lyon@txed.uscourts.gov>
**Subject:** RE: Plan for the Random Selection of Jurors - April 2018

I just wanted to follow up on this and see if you had any luck finding the reports and certificates discussed below.

Thanks,

Satyra

**From:** Leigh Lyon <Leigh_Lyon@txed.uscourts.gov>
**Sent:** Monday, November 7, 2022 11:08 AM
**To:** Satyra Deaver <Satyra_Deaver@fd.org>
**Subject:** RE: Plan for the Random Selection of Jurors - April 2018

I received your email and will respond as soon as possible.

Thank you,

Leigh

**From:** Satyra Deaver <Satyra_Deaver@fd.org>
**Sent:** Monday, November 7, 2022 9:22 AM
**To:** Leigh Lyon <Leigh_Lyon@txed.uscourts.gov>
**Subject:** RE: Plan for the Random Selection of Jurors - April 2018

In reviewing the 2009 jury plan there are a couple of things referenced on page 4 that we would like to get copies of if possible.  If you are not the proper person to ask, please let me know who to direct this request to.

On page 4, the jury plan states: "a report shall be prepared after each periodic refilling of each master jury wheel giving general data relating to the master jury wheel with an analysis of race and sex of prospective jurors based on juror qualification forms returned during the qualifying process."

We would like to get copies of these reports from the time of Mr. Fackrell's trial for both the grand jury and the petit jury wheels.

Also no page 4, the jury plan states:  "Upon completion of the random selection of names for the divisions' master jury wheels, the individual(s) who performed the task of randomly selecting the names pursuant to this Plan shall prepare and execute a certificate detailing their procedures and reporting on the performance and completion of the assignment and transmit the same promptly to the chief judge of the district."

We would like to get copies of these certificates as well.

Mr. Fackrell's superseding indictment is dated June 2,  2016 and that would have been grand jury for those reports / certificates.  The jury administrator said in October 2016 that they were in the process of building a new jury wheel so the petit jury reports / certificates would have been sometime after that date.

I am attaching a highlighted copy of this plan for your convenience.

Thank you so much for your continued help.

Sincerely,

Satyra Deaver
Chief Paralegal

Office of the Federal Public Defender
810 Broadway - Suite 200
Nashville, Tennessee  37203
Phone:  (615) 736-5047
Facsimile:  (615) 736-5265

---

**From:** Leigh Lyon <Leigh_Lyon@txed.uscourts.gov>
**Sent:** Tuesday, November 1, 2022 8:03 PM
**To:** Satyra Deaver <Satyra_Deaver@fd.org>
**Subject:** RE: Plan for the Random Selection of Jurors - April 2018

Good evening,

I did find a combination of documents that made me realize there were updates to the 1997 plans before the 2019 amended plan was adopted.  I have attached the general orders that affected the plan and Appendix E to the local rules from 2009 (which was the plan in place in April of 2018).  Please let me know if you need anything further.

Kind regards,

Leigh Lyon

Operations Manager
U.S. District Court for the Eastern District of Texas
903-590-1060

---

**From:** Satyra Deaver <Satyra_Deaver@fd.org>
**Sent:** Thursday, October 20, 2022 12:56 PM
**To:** Leigh Lyon <Leigh_Lyon@txed.uscourts.gov>
**Subject:** RE: Plan for the Random Selection of Jurors - April 2018

I found one dated July 1997.  I'm not sure if there was one in between these.  If you could look when you get back from vacation and let me know, that would be great.

Thanks,

Satyra

---

**From:** Leigh Lyon <Leigh_Lyon@txed.uscourts.gov>
**Sent:** Thursday, October 20, 2022 12:43 PM
**To:** Satyra Deaver <Satyra_Deaver@fd.org>
**Subject:** Re: Plan for the Random Selection of Jurors - April 2018

It will be on the website under the general orders, too. Keep looking at titles going backward. I will try to look, too. I just landed on vacation, and once I arrive to my destination, I can find and send if you haven't found it.

Leigh

On Oct 20, 2022, at 11:14 AM, Satyra Deaver <Satyra_Deaver@fd.org> wrote:


Leigh,

I was looking on the court's website and saw the Plan for the Random Selection of Jurors that was adopted in April 2019.  I am hoping to get a copy of the plan that was in place in **April of 2018**.  If you could send me a copy of that plan or let me know who to contact to ask for this, I would appreciate it.

Thanks again for all your help.

Sincerely,

Satyra Deaver
Chief Paralegal

Office of the Federal Public Defender
810 Broadway - Suite 200
Nashville, Tennessee  37203
Phone:  (615) 736-5047
Facsimile:  (615) 736-5265