# EXHIBIT 4

## Laura Paul

**From:**      Leigh Lyon <Leigh_Lyon@txed.uscourts.gov>
**Sent:**       Monday, February 6, 2023 3:06 PM
**To:**         Laura Paul; Kelley Henry
**Subject:**    In re: Cramer and Fackrell Jury Venire - Request for Records

Good afternoon,

I am writing this afternoon to supplement our communication about jury records in this case. The motion (#776) requested access to all jury records related to this case, and then named specific types of records. The judge's order (#778) also specified specific types of records to which the clerk was authorized to provide access. At the time of the request and your visit, we provided all records that the divisional staff and I were aware of, and those were consistent with the specific types of records listed in your motion and the judge's order. Last week, I learned that a disk containing the electronic data for the wheel from which the venire was summoned, which was maintained by the court's IT staff, still exists. Should you wish to obtain a copy of that record, please let me know. I will need to confer with the judge to determine whether a new motion, outlining the specific request, is necessary, or whether the prior order would cover the clerk's provision of this record.

Kind regards,

Leigh Lyon
Operations Manager
U.S. District Court – Eastern District of Texas
(903) 590-1060

1