# EXHIBIT 5

## Laura Paul

| | |
|---|---|
| **From:** | Leigh Lyon <Leigh_Lyon@txed.uscourts.gov> |
| **Sent:** | Tuesday, February 7, 2023 3:32 PM |
| **To:** | Kelley Henry; Laura Paul |
| **Subject:** | Request for records |

Good afternoon,

The data on the disk includes records for 1601 names. Because the data is in txt. format, I had our IT department import it into Excel. (Information was separated by the tilde character, so that was used as the column delimiter.)

The imported data used 44 columns, numbered numerically. Since the column headings are numbered but not otherwise descriptive, I have shown the nature of the data in each column in the legend below.

A motion will be required, and because I do not know if the judge will release all the information (e.g., home addresses, telephone numbers), I encourage you to be specific about the columns of data that are requested. Once the motion is filed, please let me know and I will alert the judge's office.

Column 1:        Participant #
Column 2:        County code
Column 3:        Last Name
Column 4:        First Name
Column 5:        Street Address
Column 6:        City
Column 7:        State
Column 8:        Zip+4
Column 9:        Sex
Column 10:      All rows are blank.
Column 11:      All jurors have a "0" in this column. Specific data nature is unknown.
Column 12:      DOB
Column 13:      Telephone number
Columns 14-21: All rows are blank.
Column 22:      repeat of the value in Column 1, less the leading 3 digits, which are the same for all rows
Columns 23-24: All rows are blank.
Column 25:      All jurors have a "1" in this column, which corresponds to the Beaumont division.
Columns 26-31: All rows are blank.
Column 32:      All jurors have a "V" in this column, which corresponds to the source record: V=Voter Registration List
Columns 33-36: All rows are blank.
Column 37:      All jurors have value "0" in this column. Specific data nature is unknown.
Columns 38-39: All rows are blank.
Column 40:      All jurors have value "0" in this column. Specific data nature is unknown.
Columns 41-44: All rows are blank.

If you have any questions with which I may assist, please let me know.

Kind regards,

Leigh Lyon
Operations Manager

1

U.S. District Court for the Eastern District of Texas

(903) 590-1060

2