IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| RICKY FACKRELL, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | No. 1:23-cv-00119 |
| | ) | |
| UNITED STATES OF AMERICA, | ) | **CAPITAL 2255 PROCEEDINGS** |
| | ) | |
| | ) | |
| Respondent. | ) | |

---

## ORDER

---

Petitioner's Motion to Inspect and Duplicate Court Records is GRANTED. The Clerk shall provide or allow the opportunity to inspect and duplicate the following to counsel for Mr. Fackrell:

1.  The data referenced in emails from Leigh Lyon on February 6 and 7, 2023.

2.  The following data regarding Grand and Petit Jury Records:

GRAND JURY RECORDS

1.  The Jury Plan for the Eastern District of Texas in effect at the time grand jurors were summoned in this case. This Plan is believed to be the "Plan for the Random Selection of Jurors for the Eastern District of Texas as amended March 26, 2009."

2.  The jury division or divisions chosen for the grand jury in this case as described in the Jury Plan Sections 2 and 9.

3.  Any AO-12 form or JS-12 form created which relates to the District

and Divisional Master Jury Wheels and Qualified Jury Wheels that were used to summon the grand jurors in this case as required by 28 U.S.C. § 1863(a) and the Jury Plan Section 6.

4. Any AO-12 form or JS-12 forms completed in the last ten years.

5. Any other statistical or demographic analyses produced to ensure the quality and compliance of the Master Jury Wheels and Qualified Jury Wheels that were used to summon grand jurors in this case with the Jury Plan Section 1, Jury Selection and Service Act, and constitutional requirements.

6. The date when the Master Jury Wheel that was used to summon grand jurors, in this case, was refilled as described in the Jury Plan Section 6.

7. The calculation that ensures each county within each division is substantially proportionately represented as described in the Jury Plan Section 5.

8. The procedures implemented related to prospective jurors who do not respond to a juror qualification form or have their juror qualification form returned from the Postal Service as undeliverable.

9. The date when grand jurors were summoned in this case.

10. The number of persons summoned from the Qualified Jury Wheel to be considered as grand jurors in this case.

11. The order requesting the drawing of grand jurors in this case.

12. The procedures for persons deferred to a different service date. If so, please describe the procedure used once the deferred juror attends on the

deferral date including their order of consideration.

13. The request for the source data (voter registration lists) as described in the Jury Plan Section 4 and the response including the name, agency, and contact information.

14. The name, contact information, and description of work for any vendors who participated in creating the Master Jury Wheel or Qualified Jury Wheel.

15. The general notice described in the Jury Plan Section 6.

16. Any correspondence, specifications, or descriptions, whether internal or with parties outside the court such as vendors, regarding the creation of the Master Jury Wheel or Qualified Jury Wheel.

17. The District and all Divisional Master Jury Wheel data for each division as described in the Jury Plan Section 6 in electronic and accessible form that includes Juror Identification Number, Name, Address, Race, Gender, Hispanic Ethnicity, Date of Birth, County, and Jury Division. This data should include and identify any special or supplemental District or Division Master Jury Wheels.

19. The District and all Divisional Qualified Jury Wheel data for each division as described in the Jury Plan Section 8 in electronic and accessible form that includes Juror Identification Number, Name, Address, Race, Gender, Hispanic Ethnicity, Date of Birth, County, and Jury Division. This data should include and identify any special or supplemental District or Division Qualified

Jury Wheels.

20. Status Codes for potential jurors who were selected from the Master Jury Wheel for qualification who either had their qualification form returned by the postal service, did not respond, or were disqualified or exempted or excused from jury service or qualified for jury service as described in the Jury Plan. The data should be in electronic and accessible form that includes Juror Identification Number, whether the form was returned Undeliverable, whether the form was not returned, Reason for Disqualification /Exemption /Excuse /Qualification, Race, Gender, Hispanic Ethnicity, Year of Birth, Zip Code, City, County, and Jury Division.

21. To the extent it is not supplied otherwise, the information in items #17, #18, and #19 for 2012, 2014, 2016, and 2018 wheels, including any special or supplemental wheels.

22. The Juror Identification Number for persons selected as potential grand jurors in this case.

23. The Juror Identification Number and Pool Number for persons summoned as potential jurors for all purposes from the Master Jury Wheel.

24. The source of data (Master Source List) in electronic form for the Master Jury Wheel used to summon grand jurors in this case as described in the Jury Plan Section 4 (voter registration lists). The data should include, as available, Voter Identification Number, Name, Address, Race, Gender, Hispanic Ethnicity, Date of Birth, County, and Jury Division.

25. The juror qualification and summons forms for persons summoned to potentially become grand jurors in this case.

26. The disposition of each summoned potential grand juror in this case as to excusal, deferment, disqualification, or selection as described in the Jury Plan Section 7.

PETIT JURY RECORDS

1. The Jury Plan for the Eastern District of Texas in effect at the time trial jurors were summoned in this case. This Plan is believed to be the "Plan for the Random Selection of Jurors for the Eastern District of Texas as amended March 26, 2009."

2. The jury division or divisions chosen for the trial jury in this case as described in the Jury Plan Sections 2 and 9.

3. Any AO-12 form or JS-12 form created which relates to the District and Divisional Master Jury Wheels and Qualified Jury Wheels that were used to summon the trial jurors in this case as required by 28 U.S.C. § 1863(a) and the Jury Plan Section 6.

4. Any AO-12 form or JS-12 forms completed in the last ten years.

5. Any other statistical or demographic analyses produced to ensure the quality and compliance of the Master Jury Wheels and Qualified Jury Wheels that were used to summon trial jurors in this case with the Jury Plan Section 1, Jury Selection and Service Act, and constitutional requirements.

6. The date when the Master Jury Wheel that was used to summon trial

jurors in this case was refilled as described in the Jury Plan Section 6.

7.    The calculation that ensures each county within each division is substantially proportionately represented as described in the Jury Plan Section 5.

8.    The procedures implemented related to prospective jurors who do not respond to a juror qualification form or have their juror qualification form returned from the Postal Service as undeliverable.

9.    The date when trial jurors were summoned in this case.

10.  The number of persons summoned from the Qualified Jury Wheel to be considered as trial jurors in this case.

11.  The order requesting the drawing of trial jurors in this case.

12.  The procedures for persons deferred to a different service date. If so, please describe the procedure used once the deferred juror attends on the deferral date including their order of consideration.

13.  The request for the source data (voter registration lists) as described in the Jury Plan Section 4 and the response including the name, agency, and contact information.

14.  The name, contact information, and description of work for any vendors who participated in creating the Master Jury Wheel or Qualified Jury Wheel.

15.  The general notice described in the Jury Plan Section 6.

16.  Any correspondence, specifications, or descriptions, whether internal

or with parties outside the court such as vendors, regarding the creation of the Master Jury Wheel or Qualified Jury Wheel.

17.  The District and all Divisional Master Jury Wheel data for each division as described in the Jury Plan Section 6 in electronic and accessible form that includes Juror Identification Number, Name, Address, Race, Gender, Hispanic Ethnicity, Date of Birth, County and Jury Division. This data should include and identify any special or supplemental District or Division Master Jury Wheels.

18.  The District and all Divisional Qualified Jury Wheel data for each division as described in the Jury Plan Section 8 in electronic and accessible form that includes Juror Identification Number, Name, Address, Race, Gender, Hispanic Ethnicity, Date of Birth, County and Jury Division. This data should include and identify any special or supplemental District or Division Qualified Jury Wheels.

19.  Status Codes for potential jurors who were selected from the Master Jury Wheel for qualification who either had their qualification form returned by the postal service, did not respond or were disqualified or exempted or excused from jury service or qualified for jury service as described in the Jury Plan. The data should be in electronic and accessible form that includes Juror Identification Number, whether the form was returned Undeliverable, whether the form was not returned, Reason for Disqualification /Exemption /Excuse Qualification, Race, Gender, Hispanic Ethnicity, Year of Birth, Zip Code, City,

County, and Jury Division.

20. To the extent it is not supplied otherwise, the information in items #17, #18, and #19 for the 2012, 2014, 2016, and 2018 wheels, including any special or supplemental wheels.

21. The Juror Identification Number for persons selected as potential trial jurors in this case.

22. The Juror Identification Number and Pool Number for persons summoned as potential jurors for all purposes from the Master Jury Wheel.

23. The source of data (Master Source List) in electronic form for the Master Jury Wheel used to summon trial jurors in this case as described in the Jury Plan Section 4 (voter registration lists). The data should include, as available, Voter Identification Number, Name, Address, Race, Gender, Hispanic Ethnicity, Date of Birth, County, and Jury Division.

24. The juror qualification and summons forms for persons summoned to potentially become trial jurors in this case.

25. The disposition of each summoned potential trial juror in this case as to excusal, deferment, disqualification, or selection as described in the Jury Plan Section 7.

26. Any documents not specifically named herein but responsive to the request for all records in possession of the court related to the selection of the Master Source List, the Master Jury Wheels for 2014, 2016, and 2018, the grand and petit jury venires selected for this case, and all aspects of jury

selection.

If any of the requested documents are not available for production or duplication, the Clerk shall provide a statement, in writing, indicating that the requested documents are not available, and the reason they are not available. If the documents were destroyed, the Clerk shall include the date and authority for the destruction, and the name of the person(s) who destroyed said records.

The records produced shall be subject to a protective order and shall not be redacted. Counsel for Mr. Fackrell may not share any of the information in the produced records with any party. The records produced may be reviewed only by post-conviction counsel and staff for Mr. Fackrell and the experts retained by Mr. Fackrell to study jury selection issues.

**IT IS SO ORDERED.**