IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

BEAUMONT DIVISION

| RICKY FACKRELL, | § | |
| --- | --- | --- |
| vs. | § | CIVIL ACTION NO. 1:23-cv-119<br>CRIM. NO. 1:16-CR-00026(02) |
| UNITED STATES OF AMERICA | § | |

### ORDER FOR RESPONSE

Before the Court is Movant Fackrell's Motion to Inspect and Duplicate Court Records (Dkt. #13). The attached certificate of conference represents that the Government's position is that formal discovery is not appropriate in this federal habeas proceeding. It is

**ORDERED** that Respondent shall file its response to Movant's motion (Doc. #13) on or before August 31, 2023.

SIGNED this 12th day of July, 2023.

_____
Zack Hawthorn
United States Magistrate Judge