RECEIVED: **7/20/23**

U.S. DISTRICT COURT
EASTERN DISTRICT COURT
DAVID A. O'TOOLE, CLERK

U.S. Attorney
Eastern District of TX
550 Fannin, Suite 1250
Beaumont, Texas 77701

## ACKNOWLEDGMENT OF RECEIPT

____ Show Cause Order

Case Number _____

Case Style _____

____ Original Case File

Case Number _____

Case Style _____

X  Other #14 Order to Respond
1:23cv119 Ricky Fackrell v. USA
(2255 - Death Penalty - Habeas Corpus)

_____

For Asst US Attorney *Joe Batte*

Received by *Mary Kay Boudreaux*

Date *7-20-2023*

*28:2241 Writ of Habeas Corpus (Federal) assigned to AUSA
Mike Lockhart*