IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| RICKY FACKRELL, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | No. 1:23-cv-00119 |
| | ) | |
| UNITED STATES OF AMERICA, | ) | **CAPITAL 2255 PROCEEDINGS** |
| | ) | |
| | ) | |
| Respondent. | ) | |

## ORDER

Ricky Fackrell's Unopposed Motion to File Under Seal is GRANTED.

IT IS THEREFORE ORDERED that Ricky Fackrell is authorized to file his

motion for relief under 28 U.S.C 2255 under seal.