RICKY FACKRELL, )
)
   Petitioner, )
)
v. ) No. 1:23-cv-00119
)
UNITED STATES OF AMERICA, ) **CAPITAL 2255 PROCEEDINGS**
)
)
   Respondent. )

---

## UNOPPOSED MOTION TO EXTEND REPLY DEADLINE

---

Yesterday, the Government filed its Response to Motion to Inspect and Duplicate Court Records. Doc. No. 22. Ricky Fackrell requests that this Court grant him permission to file a reply to that response on or before September 29, 2023.

On June 30, 2023, Mr. Fackrell filed his Motion to Inspect and Duplicate Court Records, which the Government did not oppose. Doc. No. 13. On July 12, 2023, the Court ordered the Government to file its response on or before August 31, 2023. Doc. No. 14. On August 31, 2023, the Government filed its response. Doc. No. 22.

Per E.D. Tex. Local Rule CV-7(f), Mr. Fackrell "may serve and file a reply brief responding to the issues raised in the response within seven days from the date the response is received." Mr. Fackrell requires additional time to reply both because the Government's response raises issues with the merits of an underlying

1

claim in Mr. Fackrell's habeas motion, *see* Doc. No. 22 at 6–11, and due to counsel's work and travel obligations. Undersigned counsel has an upcoming deadline to respond to a motion for execution and will be traveling to and attending administrative meetings and conferences from September 5 through September 12. The other attorneys assisting on Mr. Fackrell's case also have upcoming conferences requiring travel and will be working to complete and file a capital habeas petition in proceedings under 28 U.S.C. § 2254 with a deadline of September 15.

For these reasons, Mr. Fackrell requests that this Court extend his reply deadline to September 29, 2023. The Government does not oppose this request.

Respectfully submitted,

FEDERAL PUBLIC DEFENDER FOR
THE MIDDLE DISTRICT OF TENNESSEE
CAPITAL HABEAS UNIT

KELLEY J. HENRY
Supervisory Asst. Federal Public Defender
810 Broadway, Suite 200
Nashville, TN 37203
Phone: (615) 736-5047
Fax:     (615) 736-5265
Email:   Kelley_Henry@fd.org

BY: /s/ *Kelley Henry*

# CERTIFICATE OF CONFERENCE

I hereby certify that on August 31, 2023, Assistant United States Attorney Joe Batte communicated that the Government does not oppose this motion.

*/s/ Kelley Henry*
Date: September 1, 2023


# CERTIFICATE OF SERVICE

I hereby certify that a copy of this document has been served on counsel for the Government by electronic case filing via the PACER CM/ECF system.

*/s/ Kelley Henry*
Date of Service: September 1, 2023