IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

RICKY FACKRELL, )
                                                )
          Petitioner,                           )
                                                )
v.                                              )     No. 1:23-cv-00119
                                                )
UNITED STATES OF AMERICA,                       )     **CAPITAL 2255 PROCEEDINGS**
                                                )
                                                )
          Respondent.                           )

---

## ORDER

---

Petitioner's Unopposed Motion to Extend Reply Deadline is GRANTED.

Petitioner shall file any reply to the Government's Response to Motion to Inspect

and Duplicate Court Records on or before September 29, 2023.

**IT IS SO ORDERED.**