IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

RICKY FACKRELL              §
                            §
V.                           §    Civil No. 1:23-CV-119
                            §    Criminal No. 1:16-CR-26(02)
UNITED STATES OF AMERICA    §

---

**GOVERNMENT'S UNOPPOSED MOTION FOR LEAVE TO
FILE CORRECTED RESPONSE TO RICKY FACKRELL'S
MOTION TO INSPECT AND DUPLICATE COURT RECORDS**

---

The government seeks to correct an inadvertent error made in its filed Response

(doc. 22) to Ricky Fackrell's Motion to Inspect and Duplicate Court Records. On page

three of the response, the government referred to a call between the parties for

conferencing purposes about the relief requested in Fackrell's motion. The filed response

said that "The Court conducted a conference call on the motion." Resp. at 3. That is

incorrect; the Court was not involved in the call, only the parties were through their

attorneys. The government regrets the error, which was not intentional but the result of a

miscommunication within our office. The government therefore seeks leave of Court to

file the corrected response that is attached as Exhibit A to this motion.

                         Respectfully submitted,

                         DAMIEN M. DIGGS
                         UNITED STATES ATTORNEY


                         /s/ Joseph R. Batte
                         JOSEPH R. BATTE
                         Assistant United States Attorney

Texas Bar No. 01918070
550 Fannin, Suite 1250
Beaumont, Texas 77701
(409) 839-2538
(409) 839-2550 (fax)
email: joe.batte@usdoj.gov

Certificate of Conference

I certify that counsel for Ricky Fackrell was consulted on September 1, 2023, and has no objections to the government's filing of a corrected response. Counsel for Fackrell has noted that their recollection of the conference call is slightly different, as follows: "that the government noted the Court may exercise discretion to permit access to documents in its possession and stated that it would not oppose his motion seeking access to the requested documents, while maintaining its position that formal discovery is inapplicable in section 2255 cases at any stage."

/s/ Joseph R. Batte
Joseph R. Batte
Assistant United States Attorney

Certificate of Service

I certify that on September 6, 2023, this document was served by the Court's ECF system on counsel for Ricky Fackrell.

/s/ Joseph R. Batte
Joseph R. Batte
Assistant United States Attorney