IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION


RICKY FACKRELL                        §
                                      §
V.                                    §   Civil No. 1:23-CV-119
                                      §   Criminal No. 1:16-CR-26(02)
UNITED STATES OF AMERICA              §

**ORDER**


Upon consideration of the Government's Unopposed Motion to for Leave to File Corrected Response to Ricky Fackrell's Motion to Inspect and Duplicate Court Records and Exhibit A (Corrected Response to Motion to Inspect and Duplicate Court Records), it is hereby:

ORDERED, that the government's motion with attached Exhibit A is GRANTED.