IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

BEAUMONT DIVISION

RICKY ALLEN FACKRELL, #12324-081 §

VS. § CIVIL ACTION NO. 1:23-cv-119

CRIM. NO. 1:16-CR-00026(2)

UNITED STATES OF AMERICA §

O R D E R

Before the court is Movant Fackrell's *Unopposed Motion to Extend Reply Deadline* (Doc. #23). Fackrell requests to extend his deadline to Reply to the Government's Response to Motion to Inspect and Duplicate Court Records (Dkt. #22) from seven days, pursuant to the Local Rules, until September 29, 2023. In support of the motion, Fackrell states that his counsel have significant work and travel obligations over the next few weeks. The Government does not oppose the motion. It is therefore

**ORDERED** that Fackrell's *Unopposed Motion to Extend Reply Deadline* (Doc. #23) is **GRANTED** and the deadline for Fackrell to file a reply is on or before September 29, 2023.

SIGNED this 8th day of September, 2023.

_____
Zack Hawthorn
United States Magistrate Judge