IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

BEAUMONT DIVISION

RICKY ALLEN FACKRELL, #12324-081 §

VS. § CIVIL ACTION NO. 1:23-cv-119
CRIM. NO. 1:16-CR-00026(2)

UNITED STATES OF AMERICA §

O R D E R

Before the court is the Government's *Unopposed Motion for Leave to File Corrected Response* (Doc. #24) to Fackrell's Motion to Inspect and Duplicate Court Records and Exhibit A (Corrected Response to Motion to Inspect and Duplicate Court Records) (Dkt. #24-1). The Government states that it inadvertently stated that the court was involved in a tele-conference with the parties regarding Fackrell's Motion to Inspect and Duplicate Court Records. The Government provides that a miscommunication in its office caused the misstatement. The Government requests permission to file the corrected Response, attached as Exhibit A to their motion. The motion is unopposed. It is therefore

**ORDERED** that the Government' s *Motion for Leave to File Corrected Response* (Doc. #24) is **GRANTED**. The Clerk of Court is directed to file Dkt. #24-1 as the Government's Corrected Response to the Motion to Inspect and Duplicate Court Records.

SIGNED this 8th day of September, 2023.

_____
Zack Hawthorn
United States Magistrate Judge