IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

BEAUMONT DIVISION


RICKY ALLEN FACKRELL, #12324-081 §

VS. § CIVIL ACTION NO. 1:23-cv-119
CRIM. NO. 1:16-CR-00026(2)

UNITED STATES OF AMERICA §


ORDER TO ANSWER

The motion filed pursuant to 28 U.S.C. § 2255 (Dkt. #19) to vacate, set aside or correct the

sentence imposed in this case having been referred to the undersigned United States Magistrate

Judge for consideration, and having considered same, this court is of the opinion that an answer

from the Government is required. It is therefore

**ORDERED** that the Clerk of Court shall deliver or serve a copy of the § 2255 motion upon

Joseph Batte, Assistant United States Attorney. Service by electronic means is acceptable, absent

further order from the Court. *See* Rule 3(b), Rules Governing Section 2255 Proceedings. It is

further

**ORDERED** that the United States Attorney, on behalf of the United States of America,

shall have until November 10, 2023 to answer the motion in full compliance with 28 U.S.C. § 2255

and to show cause why the relief prayed for should not be granted. *See* Rule 4(b), Rules Governing

Section 2255 Proceedings.


SIGNED this 8th day of September, 2023.


Zack Hawthorn
United States Magistrate Judge