RICKY FACKRELL,                    )
                                   )
        Petitioner,                )
                                   )
v.                                 )          No. 1:23-cv-00119
                                   )
UNITED STATES OF AMERICA,          )          **CAPITAL 2255 PROCEEDINGS**
                                   )
                                   )
        Respondent.                )

---

## UNOPPOSED MOTION TO FILE UNDER SEAL PETITIONER'S UNOPPOSED MOTION DELINEATING THE PORTIONS OF PETITIONER'S § 2255 MOTION THAT SHOULD NOT BE DISCLOSED

---

Ricky Fackrell respectfully submits this motion for leave to file under seal his unopposed motion delineating the portions of his § 2255 motion that should not be disclosed, as well as all exhibits to that motion.

The motion that Mr. Fackrell here seeks to seal discusses the very portions of his § 2255 motion that should not be disclosed. For the same reasons as given in the § 2255 motion, those portions (and discussions of them) should not be disclosed.

Accordingly, Mr. Fackrell respectfully requests that this Court permit him to file under seal his unopposed motion delineating the portions of his § 2255 motion that should not be disclosed, as well as all exhibits to that motion.

Respectfully submitted,

FEDERAL PUBLIC DEFENDER FOR
THE MIDDLE DISTRICT OF TENNESSEE
CAPITAL HABEAS UNIT

KELLEY J. HENRY
Supervisory Asst. Federal Public Defender
810 Broadway, Suite 200
Nashville, TN 37203
Phone: (615) 736-5047
Fax: (615) 736-5265
Email: Kelley_Henry@fd.org

BY: /s/ *Kelley Henry*

## CERTIFICATE OF CONFERENCE

I hereby certify that on September 25, 2023, Assistant United States Attorney,

Bradley Visosky, communicated that the Government does not oppose this motion.

*/s/ Kelley Henry*
Date: September 25, 2023

## CERTIFICATE OF SERVICE

I hereby certify that a copy of this document has been served on counsel for the

Government by electronic case filing via the PACER CM/ECF system.

*/s/ Kelley Henry*
Date of Service: September 25, 2023