RICKY FACKRELL, )
                                )
          Petitioner, )
                                )
v. )        No. 1:23-cv-00119
                                )
UNITED STATES OF AMERICA, )        **CAPITAL 2255 PROCEEDINGS**
                                )
                                )
          Respondent. )

---

## ORDER

---

Petitioner's Unopposed Motion to File Under Seal Petitioner's Unopposed Motion Delineating the Portions of Petitioner's § 2255 Motion That Should Not Be Disclosed is GRANTED.

Petitioner is authorized to file his Unopposed Motion Delineating the Portions of Petitioner's § 2255 Motion That Should Not Be Disclosed (and all exhibits to that motion) under seal.

**IT IS SO ORDERED.**

1