| | | |
|---|---|---|
| RICKY FACKRELL, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | No. 1:23-cv-00119 |
| | ) | |
| UNITED STATES OF AMERICA, | ) | **CAPITAL 2255 PROCEEDINGS** |
| | ) | |
| | ) | |
| Respondent. | ) | |

## UNOPPOSED MOTION TO FILE OVERLONG REPLY

Ricky Fackrell requests that this Court grant him permission to file an overlong reply in response to the Government's Corrected Response to Motion to Inspect and Duplicate Court Records (Doc. No. 25).

Per E.D. Tex. Local Rule CV-7(a)(2), replies to non-dispositive motions "shall not exceed five pages." Mr. Fackrell requires additional pages to reply both because the Government's response raises issues with the merits of an underlying claim in Mr. Fackrell's habeas motion, *see* Doc. No. 25 at 6–11, and because of the critical nature of the issue at the heart of these pleadings—the need for judicial transparency so as to understand why Mr. Fackrell's jury venire significantly underrepresented racial minorities in a way that cannot be explained by random chance.

For these reasons, Mr. Fackrell requests that this Court extend his page limit to 16 pages. The Government does not oppose this request.

Respectfully submitted,

FEDERAL PUBLIC DEFENDER FOR
THE MIDDLE DISTRICT OF TENNESSEE
CAPITAL HABEAS UNIT

KELLEY J. HENRY
Supervisory Asst. Federal Public Defender
810 Broadway, Suite 200
Nashville, TN 37203
Phone: (615) 736-5047
Fax: (615) 736-5265
Email: Kelley_Henry@fd.org

BY: /s/ *Kelley Henry*

## CERTIFICATE OF CONFERENCE

I hereby certify that on September 25, 2023, Assistant United States Attorney Bradley Visosky communicated that the Government does not oppose this motion.

*/s/ Kelley Henry*
Date: September 29, 2023

## CERTIFICATE OF SERVICE

I hereby certify that a copy of this document has been served on counsel for the Government by electronic case filing via the PACER CM/ECF system.

*/s/ Kelley Henry*
Date of Service: September 29, 2023