RICKY FACKRELL,                          )
                                         )
            Petitioner,                  )
                                         )
v.                                       )          No. 1:23-cv-00119
                                         )
UNITED STATES OF AMERICA,                )          **CAPITAL 2255 PROCEEDINGS**
                                         )
                                         )
            Respondent.                  )

---

## ORDER

---

Petitioner's Unopposed Motion to File Overlong Reply is GRANTED.

Petitioner may file a reply to the Government's Corrected Response to Motion to Inspect and Duplicate Cort Records of up to 16 pages.

**IT IS SO ORDERED.**

1