IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

RICKY FACKRELL §
§
V. § No. 1:23-CV-119
§
UNITED STATES OF AMERICA §

## <u>NOTICE OF APPEARANCE OF COUNSEL</u>

The United States hereby designates the following Assistant United States

Attorney as counsel in this case and respectfully requests that the same be noted by the

Clerk of the Court and that Traci L. Kenner be added to the list of counsel in this case to

receive all future notices, orders, and filings via the Court's CM/ECF system.

Respectfully submitted,

Damien M. Diggs
United States Attorney

/s/ Traci L. Kenner
Traci L. Kenner
Assistant United States Attorney
Texas Bar No. 11307070
110 N. College, Suite 700
Tyler, Texas 75702
(903) 590-1400
(903) 590-1439 (fax)
Traci.Kenner@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing document was sent by ECF notification to counsel of record Kelly Jane Henry, listed herein on this the 23rd day of October, 2023.

/s/ Traci L. Kenner
Traci L. Kenner
Assistant United States Attorney