IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

RICKY FACKRELL § 
§
V. § No. 1:23-CV-119
§
§
UNITED STATES OF AMERICA §

**GOVERNMENT'S UNOPPOSED MOTION
TO EXTEND TIME TO FILE RESPONSE**

The government moves for a four-month extension of time to file a response to

Ricky Fackrell's Section 2255 motion, moving the deadline from November 10, 2023, to

March 8, 2024.

## I. Proceedings

Fackrell and his codefendant Christopher Cramer were convicted and sentenced to

death for the prison murder of a fellow inmate. They jointly appealed their convictions

and sentences on numerous grounds, and the Fifth Circuit affirmed. *United States v.*

*Fackrell*, 991 F.3d 589 (5th Cir. 2021). The Supreme Court denied Fackrell's petition for

writ of certiorari on March 21, 2022, *Fackrell v. United States*, 142 S. Ct. 1373 (2022),

thus starting the limitations period for filing a motion under 28 U.S.C. § 2255.

On March 20, 2023, Fackrell filed a motion to vacate under 28 U.S.C. § 2255.

1:23-CV-119 (Doc. No. 1). On May 25, the Court struck that motion and ordered

Fackrell to file a motion that did not exceed 170 pages in length. 1:23-CV-119 (Doc. No.

10). Fackrell filed his redacted motion on July 24. 1:23-CV-119 (Doc. No. 17); *see also*

1:23-CV-119 (Doc. No. 19) (corrected motion). The motion sets out 27 claims, many

**Motion for Extension, Page 1**

with multiple sub-parts, and is accompanied by 67 exhibits that total approximately 939 pages (excluding cover sheets for each). 1:23-CV-119 (Doc. No. 19).

The Court entered a show cause order on September 8, 2023, ordering the government to file a response by November 10. 1:23-CV-119 (Doc. No. 28). The Assistant United States Attorney who received the order inadvertently failed to calendar the deadline. The government's response is now assigned to the undersigned, who was unaware that a show cause order had been entered until Fackrell's counsel mentioned it on October 20.

For the reasons stated below, the government respectfully moves for a four-month extension in which to file a response.

## II. Grounds for Motion

It is not possible for the undersigned to meet the November 10 deadline for filing a response. The undersigned assisted with a few discrete issues in Fackrell and Cramer's direct appeal, but not anything that required the depth of familiarity with the case that this response will entail. The record in this case is more than 24,000 pages in length. The undersigned is currently reading the portions of the pre-trial and trial that are necessary to adequately respond to the claims Fackrell raises in his Section 2255 motion, but is not yet through the guilt-innocence phase. Thus, more reading is required before drafting can commence.

Counsel assures the Court that this response is her priority assignment until it is filed. Nevertheless, the undersigned's 89-year-old mother recently suffered a fall and, the undersigned will be required to drive her to physical therapy three times a week for

the next four to six weeks.  The undersigned has factored that time away from the office into the length of time requested.

### III.  Certificate of Conference

The undersigned conferred by email with Kelley Henry, counsel for Fackrell, on October 23, 2023, and she does not oppose the requested extension.

### IV.  Conclusion

For the reasons stated above, the United States respectfully requests a four-month extension of time, to and including Friday, March 8, 2024, in which to file a response to Fackrell's Section 2255.

Respectfully submitted,

Damien M. Diggs
United States Attorney
Eastern District of Texas

Joseph R. Batte
Assistant United States Attorney

/s/ Traci L. Kenner
Traci L. Kenner
Assistant United States Attorney
110 N. College, Suite 700
Tyler, Texas 75702
(903) 590-1400
(903) 590-1439 (fax)
Traci.Kenner@usdoj.gov
Texas Bar No. 11307070

## Certificate of Service

I certify that on October 23, 2023, this document was served by the Court's ECF system on Kelley Henry, counsel for Fackrell.

/s/ Traci L. Kenner
Traci L. Kenner
Assistant United States Attorney