IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| RICKY ALLEN FACKRELL, #12324-081 | § § § | |
| v. | § § | CIVIL ACTION NO. 1:23-CV-00119 |
| | § § | DEATH PENALTY |
| UNITED STATES OF AMERICA | § | |

## ORDER

Pending before the court is Movant Ricky Allen Fackrell's *Unopposed Motion to File Overlong Reply* (document no. 31) to the Government's Corrected Response to his Motion to Inspect and Duplicate Court Records. Fackrell seeks permission to file his reply (document no. 32) in excess of 5 pages in accordance with Local Rule CV-7(a)(2). He proposes to file a reply that is no longer than 16 pages, excluding attachments. He contends that excess pages are necessary to fully explain his arguments regarding his trial's jury venire and its racial makeup. The request is reasonable. It is therefore

**ORDERED** that the *Unopposed Motion to File Overlong Reply* (document no. 31) is **GRANTED**.

SIGNED this 30th day of October, 2023.

_____
Zack Hawthorn
United States Magistrate Judge