IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| RICKY ALLEN FACKRELL, #12324-081 | § | |
| | § | |
| | § | CIVIL ACTION NO. 1:23-cv-119 |
| VS. | § | |
| | § | DEATH PENALTY |
| | § | |
| UNITED STATES OF AMERICA | § | |

ORDER

Before the court is the Government's *Unopposed Motion to Extend Time to File Response* (document no. 34). The Government is requesting an extension of time until March 8, 2024, to file a response or an answer to Movant's Section 2255 Motion. In support of the motion, the counsel for the Government explains that a heavy and active caseload, along with health issues in her family, have delayed her ability to review the necessary records, research the claims, and determine the appropriate response to the 2255 Motion. As this is the Government's first request, the request is reasonable. It is therefore

**ORDERED** that the *Unopposed Motion to Extend Time to File Response* (document no. 34) is **GRANTED**. The Government is directed to file a response or answer on or before Friday, March 8, 2024. It is further

**ORDERED** that the deadline for Movant to file a reply is sixty days after the filing of the Government's response or answer.

SIGNED this 30th day of October, 2023.

_____
Zack Hawthorn
United States Magistrate Judge