IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

RICKY FACKRELL               §
                                      §

V.                               §      No. 1:23-CV-119
                                      §

UNITED STATES OF AMERICA     §

**GOVERNMENT'S SECOND UNOPPOSED MOTION
TO EXTEND TIME TO FILE RESPONSE**

The government moves for a four-week extension of time to file a response to

Ricky Fackrell's Section 2255 motion, moving the deadline from March 8, 2024, to April

5, 2024.

## I. Proceedings

Fackrell and his codefendant Christopher Cramer were convicted and sentenced to

death for the prison murder of a fellow inmate. They jointly appealed their convictions

and sentences on numerous grounds, and the Fifth Circuit affirmed. *United States v.

Fackrell*, 991 F.3d 589 (5th Cir. 2021). The Supreme Court denied Fackrell's petition for

writ of certiorari on March 21, 2022, *Fackrell v. United States*, 142 S. Ct. 1373 (2022),

thus starting the limitations period for filing a motion under 28 U.S.C. § 2255.

On March 20, 2023, Fackrell filed a motion to vacate under 28 U.S.C. § 2255.

ECF Doc. 1. On May 25, the Court struck that motion and ordered Fackrell to file a

motion that did not exceed 170 pages in length. ECF Doc. 10. Fackrell filed his redacted

motion on July 24. ECF Doc. 17; *see also* ECF Doc. 19 (corrected motion). The motion

sets out 27 claims and is accompanied by 67 exhibits that total approximately 939 pages

(excluding cover sheets for each). ECF Doc. 19.

The Court entered a show cause order on September 8, 2023, ordering the government to file a response by November 10. ECF Doc. 28. Inadvertently, the government failed to calendar the deadline, so on October 23, 2023, the undersigned moved for a four-month extension from the November 10 deadline, citing the length of the trial record and family health issues. ECF Doc. 34. The Court granted the motion, and the government's response is now due on March 8, 2024. ECF Doc. 36.

For the reasons stated below, the government respectfully moves for a four-week extension in which to file a response.

## II. Grounds for Motion

Fackrell's Section 2255 motion contains 27 claims, but that number increases significantly when one considers the sub-claims within the claims, some of which are obvious while others are not. For example, Claim 22 specifically lists four major sub-claims with 11 sub-sections while Claim 19 lists no specific sub-claims but alleges 15 categories of evidence that Fackrell believes were withheld under *Brady v. Maryland*, 373 U.S. 83 (1963), two of which have multiple sub-sections.

Moreover, as noted in the first motion for extension, the trial record in this case is more than 24,000 pages long. The undersigned has completed reading the portions of the record that are necessary to adequately respond to the claims Fackrell raises. But providing a meaningful response requires combing through the record to provide the Court with correct citations to the relevant facts. This has proved to be more time-consuming than expected.

The undersigned is diligently working on the government's response and has completed nearly 20 of the 27 claims.  Counsel anticipates being able to complete the response, edit it, and have it reviewed within the additional time requested.

### III.  Certificate of Conference

The undersigned conferred by email with Kelley Henry, counsel for Fackrell, on February 15, 2024, and she does not oppose the requested extension.

### IV.  Conclusion

For the reasons stated above, the United States respectfully requests a four-week extension of time, to and including Friday, April 5, 2024, in which to file a response to Fackrell's Section 2255 motion.

Respectfully submitted,

Damien M. Diggs
United States Attorney
Eastern District of Texas

Joseph R. Batte
Assistant United States Attorney

/s/ Traci L. Kenner
Traci L. Kenner
Assistant United States Attorney
110 N. College, Suite 700
Tyler, Texas 75702
(903) 590-1400
(903) 590-1439 (fax)
Traci.Kenner@usdoj.gov
Texas Bar No. 11307070

**Certificate of Service**

I certify that on February 20, 2024, this document was served by the Court's ECF system on Kelley Henry, counsel for Fackrell.

/s/ Traci L. Kenner
Traci L. Kenner
Assistant United States Attorney