IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

RICKY FACKRELL        §
§
V.                             §    No. 1:23-CV-119
§
UNITED STATES OF AMERICA    §

## **ORDER**

The government has moved for a four-week extension of time, to and including Friday, April 5, 2024, in which to file a response to Ricky Fackrell's Section 2255 motion.

After considering the motion and that it is unopposed, the Court is of the opinion that the motion is well taken. It is, therefore,

ORDERED that the Government's Second Unopposed Motion to Extend Time to File Response is GRANTED.

It is further ORDERED that the government file a response to Fackrell's Section 2255 motion no later than April 5, 2024.