IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| RICKY ALLEN FACKRELL, #12324-081 | § | |
| | § | |
| | § | CIVIL ACTION NO. 1:23-cv-119 |
| VS. | § | |
| | § | DEATH PENALTY |
| | § | |
| UNITED STATES OF AMERICA | § | |

<u>ORDER</u>

Before the court is the Government's *Second Unopposed Motion to Extend Time to File Response* (document no. 37). The Government is requesting a second extension of time until April 5, 2024, to file a response or an answer to Movant's Section 2255 Motion. In support of the motion, the counsel for the Government explains that a mistake in calendaring, along with reviewing a 24,000-page record, and determining the appropriate response to the 2255 Motion requires an extension of time. The request is reasonable. It is therefore

**ORDERED** that the *Second Unopposed Motion to Extend Time to File Response* (document no. 37) is **GRANTED**. The Government is directed to file a response or answer on or before April 5, 2024. It is further

**ORDERED** that the deadline for Movant to file a reply is sixty days after the filing of the Government's response or answer.

SIGNED this 26th day of February, 2024.

_____
Zack Hawthorn
United States Magistrate Judge