IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| RICKY FACKRELL | § | |
| | § | |
| V. | § | Civil No. 1:23-CV-119 |
| | § | Criminal No. 1:16-CR-26(02) |
| UNITED STATES OF AMERICA | § | |

**GOVERNMENT'S UNOPPOSED
MOTION TO EXCEED PAGE LIMIT**

The government moves to exceed the page limit set out in Local Rule CV-3(b) for responsive pleadings to motions filed under 28 U.S.C. § 2255 in death penalty cases.

**I. Proceedings**

On March 20, 2023, Fackrell filed a timely motion to vacate, set aside, or correct sentence under Section 2255 and an unopposed motion to exceed the page limit set out in Local Rule CV-3(b). The Court granted the motion to exceed the page limit in part, ordering Fackrell to refile his Section 2255 motion with no more than 170 pages, excluding cover sheet, tables, certificate of service, and exhibits. Fackrell refiled his Section 2255 motion on July 24, 2023. The motion is 168-pages long.

The Court ordered the government to respond, and the response is due on April 5, 2024. At present, the response has 166 countable pages, but it is undergoing review, which may affect the length. Therefore, the government moves for the same page limit Fackrell received.

**II. Grounds for Motions**

Under Local Rule CV-3(b), "[a]bsent leave of court, … 28 U.S.C. § 2255 motions

and the initial responsive pleadings thereto[] shall not exceed … one hundred pages in death penalty cases, excluding attachments." Although the government is diligently editing its response to Fackrell's motion, it cannot adequately respond to his claims in one hundred pages. Therefore, the government moves for leave to exceed the page limit set out in Local Rule CV-3(b). The government assures the Court that its response will not exceed 170 pages, excluding the cover sheet, tables, certificates and any exhibits.

## III. Certificate of Conference

The undersigned conferred by email with Kelley J. Henry, counsel for Fackrell, on March 25, 2024. She does not oppose this motion.

## IV. Conclusion

The government moves for leave to file a response to Fackrell's Section 2255 motion that does not exceed 170 pages, excluding the cover sheet, tables, certificates and any exhibits.

Respectfully submitted,

Damien M. Diggs
United States Attorney
Eastern District of Texas

Joseph R. Batte
Assistant United States Attorney

/s/ Traci L. Kenner
Traci L. Kenner
Assistant United States Attorney
110 N. College, Suite 700
Tyler, Texas 75702
(903) 590-1400
Traci.Kenner@usdoj.gov
Texas Bar No. 11307070

**Certificate of Service**

I certify that on April 2, 2024, this document was served by the Court's ECF system on Kelley J. Henry, counsel for Fackrell.

/s/ Traci L. Kenner
Traci L. Kenner
Assistant United States Attorney