IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

RICKY FACKRELL           §

§   Civil No. 1:23-CV-119

V.                      §   Criminal No. 1:16-CR-26(02)

§

UNITED STATES OF AMERICA   §

## <u>ORDER</u>

The government has moved to exceed the page limit set out in Local Rule CV-3(b)

for responsive pleadings to motions filed under 28 U.S.C. § 2255 in death penalty cases.

Defendant Ricky Fackrell does not oppose.

After considering the motion, the Court is of the opinion that the motion is well

taken.  It is, therefore,

ORDERED that the Government's Unopposed Motion To Exceed Page Limit is

GRANTED.  It is further ORDERED that the Government's Response to Fackrell's

Section 2255 Motion may not exceed 170 pages, excluding the cover sheet, tables,

certificates and any exhibits.