IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| RICKY ALLEN FACKRELL, #12324-081 | § § § | |
| v. | § § | CIVIL ACTION NO. 1:23-CV-00119 |
| | § § | DEATH PENALTY |
| UNITED STATES OF AMERICA | § | |

ORDER

Pending before the court is the Government's *Unopposed Motion to Exceed Page Limit* (document no. 40). The Government seeks to file a *Response* to Movant's original Motion to Vacate pursuant to 28 U.S.C. § 2255 in excess of the page limits set out in Local Rule CV-3(b). Movant does not oppose the motion. The Government proposes to file a *Response* that is no longer than 170 pages, excluding the cover sheet, tables, certificates and any exhibits. The request is reasonable. It is therefore

**ORDERED** that the *Unopposed Motion to Exceed Page Limit* (document no. 40) is **GRANTED**. The Government's *Response* to Movant's original Section 2255 Motion may not exceed 170 pages, excluding the cover sheet, tables, certificates and any exhibits.

SIGNED this 4th day of April, 2024.

_____
Zack Hawthorn
United States Magistrate Judge