IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

RICKY FACKRELL §
§
V. § No. 1:23-CV-119
§
UNITED STATES OF AMERICA §

## GOVERNMENT'S UNOPPOSED MOTION
## TO FILE RESPONSE AND EXHIBITS UNDER SEAL

The government moves to file its response to Ricky Fackrell's motion under 28 U.S.C. § 2255 and attached exhibits under seal because the motion is under seal.

### I. Proceedings

On March 20, 2023, Fackrell filed a motion to vacate under 28 U.S.C. § 2255, a corrected version of which is currently pending before the Court. ECF Doc. No. 1, 17, 19. Before filing the Section 2255 motion, Fackrell filed a motion to file it and the attached exhibits under seal. ECF Doc. No. 7, 16, 18. The Court denied the motions to seal without prejudice and ordered Fackrell to delineate the portions of his Section 2255 motion that should be sealed and/or redacted and explain why nondisclosure outweighed the public's right of access to the judicial record. ECF Doc. No. 21. Fackrell filed a response, which the government did not oppose. ECF Doc. No. 29, 30. There is no further order regarding sealing, but the motion and exhibits cannot be accessed via PACER, indicating that they are sealed. ECF Doc. 19.

The government's response to Fackrell's Section 2255 motion is due today, April 5, 2024.

**Motion to File Response Under Seal - Page 1**

## II.  Grounds for Motions

It is impossible to adequately respond to Fackrell's claims without referring to his sealed motion and exhibits.  Therefore, the government moves for leave to file its response and exhibits, which relate to Fackrell's claims, under seal.

## III.  Certificate of Conference

The undersigned conferred by email with Kelley J. Henry, counsel for Fackrell, on March 25, 2024.  Fackrell does not oppose this motion.

## IV.  Conclusion

For the reasons stated above, the United States moves the Court for leave to file its response to Fackrell's Section 2255 motion and attached exhibits under seal.

Respectfully submitted,

Damien M. Diggs
United States Attorney
Eastern District of Texas

Joseph R. Batte
Assistant United States Attorney


/s/ Traci L. Kenner
Traci L. Kenner
Assistant United States Attorney
110 N. College, Suite 700
Tyler, Texas 75702
(903) 590-1400
(903) 590-1439 (fax)
Traci.Kenner@usdoj.gov
Texas Bar No. 11307070

**Certificate of Service**

I certify that on April 5, 2024, this document was served by the Court's ECF system on Kelley J. Henry, counsel for Fackrell.

/s/ Traci L. Kenner
Traci L. Kenner
Assistant United States Attorney
