IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

RICKY FACKRELL                          §
                                        §
V.                                      §   No. 1:23-CV-119
                                        §
UNITED STATES OF AMERICA                §

## **ORDER**

The government has moved to file its response to Ricky Fackrell's motion under

28 U.S.C. § 2255 and attached exhibits under seal.  Fackrell does not oppose.

After considering the motion, the Court is of the opinion that the motion is well

taken.  It is, therefore,

ORDERED that the Government's Unopposed Motion To File Response and

Exhibits Under Seal is GRANTED.

**Order Granting Motion to File Under Seal—Page 1**