IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| RICKY FACKRELL, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | No. 1:23-CV-00119 |
| | ) | |
| UNITED STATES OF AMERICA, | ) | **CAPITAL 2255 PROCEEDINGS** |
| | ) | |
| | ) | |
| Respondent. | ) | |

## UNOPPOSED MOTION FOR 90-DAY EXTENSION OF TIME FOR ALL FEDERAL RULE 15 AND REPLY DEADLINES

Ricky Allen Fackrell, through counsel, moves for a 90-day extension of time for filing an amended motion pursuant to Rule 15(a) and for filing a reply. The government does not oppose this motion. Support for the motion is stated herein.

The government's April 5, 2024 filing of its 170-page Answer triggered a 21-day deadline for Mr. Fackrell's filing of any Rule 15(a)[1] amended pleading and a June 4, 2024 deadline for filing his reply.[2]

Extension of the deadlines established by Rule 15 and the current scheduling order is requested for 90 days so counsel may have a chance to consult with Mr. Fackrell who is experiencing an ongoing health crisis. As a result of the health

---

[1] Federal Rule of Civil Procedure 15(a) ("A party may amend its pleading once as a matter of course within . . . 21 days after service of a responsive pleading"); *United States v. Zosimo Reyes Saenz*, 282 F.3d 354, 356 (5th Cir. 2002) (Rule 15 applies in § 2255 proceedings).

[2] *See Fackrell v. United States*, 1:23-CV-119 (E.D. Tex. Mar. 28, 2024) (ordering reply to be filed sixty days after the Government's response or answer).

problems, counsel have not been able to meaningfully speak with Mr. Fackrell in many months.

## I.     Procedural History and Current Deadlines

On March 20, 2023, Mr. Fackrell filed his 28 U.S.C. § 2255 motion in March 2023. ECF Doc. 1. On May 25, 2023, the Court struck that motion and ordered Mr. Fackrell to file a motion that did not exceed 170 pages in length. ECF Doc. 10. Mr. Fackrell filed his redacted motion on July 24, 2023. ECF Doc. 17; *see also* ECF Doc. 19 (corrected motion). The Court issued a show cause order on September 8, 2023, ordering the government to file a response by November 10, 2023. ECF Doc. 28. The government ultimately answered the motion on April 5, 2024. ECF Doc. 43.

Pursuant to Rule 15(a), Mr. Fackrell has 21 days from the service of the government's Answer to amend his § 2255 pleading as a matter of right. Pursuant to this Court's March 28, 2024 Order, Mr. Fackrell has until June 4, 2024 to file his Reply to the Government's Answer. For the reasons stated below, Mr. Fackrell respectfully moves for a 90-day extension of time for filing his amended motion pursuant to Rule 15(a) and for filing his reply.

## II.     Grounds for Motion

Days after filing his § 2255 motion, Mr. Fackrell began experiencing health complications. By fall of 2023, improper medical treatment resulted in Mr. Fackrell falling into a state of psychosis which required him to be medically sedated and put on a ventilator. During his psychosis, Mr. Fackrell was injured by correctional officers who were improperly trained. As a result of both his illness and injury, Mr. Fackrell

was hospitalized for well over a month before being transferred to Federal Medical Center Springfield in Springfield, Missouri where he remained for several months. Since his return to USP Terre Haute, Mr. Fackrell has been in debilitating pain and is unable to use his dominant arm. Counsel have been unable to rely on regular contact with Mr. Fackrell due to his varied ability to properly hold a telephone or sit through a legal visit. His ability to meaningfully participate in his representation is utterly dependent on any day's pain level. Since receiving the government's Answer, counsel has been unable to discuss with Mr. Fackrell the government's responses to his claims.

In addition to Mr. Fackrell's tenuous medical state, counsel requires additional time to process the government's lengthy Answer and to consider the arguments contained therein in light of Mr. Fackrell's claims.

### III. Conclusion

For the reasons stated above, Mr. Fackrell respectfully requests a 90-day extension of time for filing an amended motion pursuant to Rule 15(a) and for filing a reply. The extension would mean that the current deadline for filing under Rule 15 (April 26) will be extended to July 25, 2024. The current deadline for filing a reply to the government's Answer (June 4) will be extended to September 3, 2024 (accounting for Labor Day on September 2, 2024). The Government does not oppose this motion. Dated: April 23, 2024

Respectfully submitted,

FEDERAL PUBLIC DEFENDER FOR
THE MIDDLE DISTRICT OF TENNESSEE

CAPITAL HABEAS UNIT

KELLEY J. HENRY
Supervisory Asst. Federal Public Defender
810 Broadway, Suite 200
Nashville, TN 37203
Phone: (615) 736-5047
Fax: (615) 736-5265
Email: Kelley_Henry@fd.org

BY: /s/ *Kelley Henry*

## CERTIFICATE OF CONFERENCE

I hereby certify that on April 22, 2024, Assistant United States Attorney Traci Kenner communicated that the government does not oppose this 90-day extension.

*/s/ Kelley Henry*
Date: April 23, 2024

## CERTIFICATE OF SERVICE

I hereby certify that a copy of this document has been served on counsel for the government by electronic case filing via the PACER CM/ECF system.

*/s/ Kelley Henry*
Date: April 23, 2024