IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| RICKY ALLEN FACKRELL, #12324-081 | § | |
| | § | |
| | § | CIVIL ACTION NO. 1:23-cv-119 |
| VS. | § | |
| | § | DEATH PENALTY |
| | § | |
| UNITED STATES OF AMERICA | § | |

O R D E R

Before the Court is Movant Ricky Allen Fackrell's *Unopposed Motion for a 90-Day Extension of Time for All Federal Rule 15 and Reply Deadlines*. (Docket No. 44). Fackrell seeks a ninety-day extension of time to file an amended motion to vacate, set aside or correct sentence pursuant to Rule 15(a), Fed. R. Civ. P., and from when his reply is currently due to file his reply to the Government's Response in Opposition to Fackrell's § 2255 motion.

The Government's Response was filed on April 5, 2024. (Docket No. 43). Per the Court's Order (Docket No. 38), Fackrell's Reply is currently due Tuesday, June 4, 2024.

Regarding an amended motion filed pursuant to Fed. R. Civ. P. 15(a), "[a] party may amend its pleading once as a matter of course within . . . 21 days after service of a responsive pleading." *United States v. Zosimo Reyes Saenz*, 282 F.3d 354, 356 (5th Cir. 2002) (Rule 15 applies in § 2255 proceedings). Fackrell's amended § 2255 motion pursuant to Rule 15(a) is currently due Friday, April 25, 2024.

Fackrell's motion for an extension of time is unopposed. The Court will grant the motion. Regarding Fackrell's intent to file an amended § 2255 motion, he is cautioned that an amendment to a pleading may relate "back to the date of the original pleading" if "the amendment asserts a

1

claim or defense that arose out of the conduct, transaction, or occurrence set out—or attempted to be set out—in the original pleading." Fed. R. Civ. P. 15(c)(1)(B). Claims added in an amended federal habeas petition do not relate back to the original petition merely because the claims arise out of the same trial and conviction. *Mayle v. Felix*, 545 U.S. 644, 649-50 (2005); *United States v. Gonzalez*, 592 F.3d 675, 679 (5th Cir. 2009). Additionally, "[a]n amended habeas petition ... does not relate back ... when it asserts a new ground for relief supported by facts that differ in both time and type from those the original pleading set forth." *Mayle*, 545 U.S. at 650. It is

**ORDERED** that Movant Fackrell's *Unopposed Motion for a 90-Day Extension of Time for All Federal Rule 15 and Reply Deadlines* (Docket No. 44) is **GRANTED**. It is further

**ORDERED** that the deadline for Fackrell to file a reply to the Government's response to the § 2255 motion is on or before September 3, 2024. It is finally

**ORDERED** that Fackrell's deadline to amend his § 2255 pleadings pursuant to Fed. R. Civ. P. 15 is on or before July 25, 2024. It is

**ORDERED** that this Order does not affect or waive the Government's right to object to any amendment(s) raised by Fackrell in a Rule 15 pleading.

SIGNED this 25th day of April, 2024.

_____
Zack Hawthorn
United States Magistrate Judge