IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| RICKY FACKRELL, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | No. 1:23-CV-00119 |
| | ) | |
| UNITED STATES OF AMERICA, | ) | **CAPITAL 2255 PROCEEDINGS** |
| | ) | |
| | ) | |
| Respondent. | ) | |

---

## UNOPPOSED MOTION FOR EXTENSION OF TIME FOR FEDERAL RULE 15 AND REPLY DEADLINES

---

Ricky Fackrell, through counsel, moves for a 60-day extension of time for filing an amended motion pursuant to Rule 15(a) and for filing a reply. The government does not oppose this motion. Support for the motion is stated herein.

### I.      Procedural History and Current Deadlines

On March 20, 2023, Mr. Fackrell filed his 28 U.S.C. § 2255 motion in March 2023. ECF Doc. 1. On May 25, 2023, the Court struck that motion and ordered Mr. Fackrell to file a motion that did not exceed 170 pages in length. ECF Doc. 10. Mr. Fackrell filed his redacted motion on July 24, 2023. ECF Doc. 17; *see also* ECF Doc. 19 (corrected motion). The Court issued a show cause order on September 8, 2023, ordering the government to file a response by November 10, 2023. ECF Doc. 28. The government ultimately answered the motion on April 5, 2024. ECF Doc. 43. Mr. Fackrell filed an unopposed motion for extension of time to file his Rule 15

amendment as a matter of right and reply which this Court granted. ECF ##. Mr. Fackrell's Rule 15 amendment is currently due July 25, 2024 and his reply is due September 3, 2024.

## II.      Grounds for Motion

Mr. Fackrell's medical condition remains serious. Though he has seen some minor improvement, he still has no use of his dominant arm. He requires powerful pain medications which do not completely ameliorate the pain of his condition and which carry their own side effects. Mr. Fackrell is unable to take needed psychiatric medication because it is still unknown what triggered his near fatal attack of rhabdomyolysis nearly one year ago. Mr. Fackrell's physical state and compromised mental state impede counsel's ability to advise Mr. Fackrell on matters relating to his 2255 petition.

In addition to Mr. Fackrell's tenuous medical state, counsel requires additional time to process the government's lengthy Answer and to consider the arguments contained therein in light of Mr. Fackrell's claims.

## III.    Conclusion

For the reasons stated above, Mr. Fackrell respectfully requests a 60-day extension of time for filing an amended motion pursuant to Rule 15(a) and for filing a reply. The extension would mean that the current deadline for filing under Rule 15 (July 25) will be extended to September 23, 2024. The current deadline for filing a reply to the government's Answer (June 4) will be extended to November 4, 2024

(November 2, 2024 falls on a Saturday). The Government does not oppose this procedural motion.

Dated: July 12, 2024

Respectfully submitted,

FEDERAL PUBLIC DEFENDER FOR
THE MIDDLE DISTRICT OF TENNESSEE
CAPITAL HABEAS UNIT

KELLEY J. HENRY
Supervisory Asst. Federal Public Defender
810 Broadway, Suite 200
Nashville, TN 37203
Phone: (615) 736-5047
Fax: (615) 736-5265
Email: Kelley_Henry@fd.org

BY: /s/ *Kelley Henry*

**CERTIFICATE OF CONFERENCE**

I hereby certify that on July 12, 2024, Assistant United States Attorney Traci Kenner communicated that the government does not oppose this 60-day extension.

*/s/ Kelley Henry*
Date: July 12, 2024

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of this document has been served on counsel for the government by electronic case filing via the PACER CM/ECF system.

*/s/ Kelley Henry*
Date: July 12, 2024