N THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

RICKY FACKRELL,                          )
                                         )
          Petitioner,                    )
                                         )
v.                                       )        No. 1:23-CV-00119
                                         )
UNITED STATES OF AMERICA,                )        **CAPITAL 2255 PROCEEDINGS**
                                         )
                                         )
          Respondent.                    )

---

## UNOPPOSED MOTION FOR EXTENSION OF TIME FOR FEDERAL RULE 15 AND REPLY DEADLINES

---

Ricky Fackrell, through counsel, moves for a 120-day extension of time for filing an amended motion pursuant to Rule 15(a) and for filing a reply. The government does not oppose this motion. Support for the motion is stated herein.

### I.     Procedural History and Current Deadlines

On March 20, 2023, Mr. Fackrell filed his 28 U.S.C. § 2255 motion in March 2023. ECF Doc. 1. On May 25, 2023, the Court struck that motion and ordered Mr. Fackrell to file a motion that did not exceed 170 pages in length. ECF Doc. 10. Mr. Fackrell filed his redacted motion on July 24, 2023. ECF Doc. 17; *see also* ECF Doc. 19 (corrected motion). The Court issued a show cause order on September 8, 2023, ordering the government to file a response by November 10, 2023. ECF Doc. 28. The government ultimately answered the motion on April 5, 2024. ECF Doc. 43. Mr. Fackrell filed an unopposed motion for extension of time to file his Rule 15

amendment as a matter of right and reply which this Court granted. ECF 47. Mr. Fackrell's Rule 15 amendment is currently due September 23, 2024 and his reply is due November 4, 2024.

## II.     Grounds for Motion

In support of this motion, Mr. Fackrell would show that staffing his case has been complicated by several personal factors over the past few months: (1) undersigned lead counsel Kelley Henry has had to take significant time away from the office to assist with the placement of an elderly relative in assisted living as well as tasks attendant to that, including the preparation of the relative's property for sale; and (2) the paralegal assigned to his case was diagnosed with and has been receiving treatment for breast cancer.

## III.     Conclusion

For the reasons stated above, Mr. Fackrell respectfully requests a 120-day extension of time for filing an amended motion pursuant to Rule 15(a) and for filing a reply. The extension would mean that the current deadline for filing under Rule 15 (September 23) will be extended to January 21, 2025. The current deadline for filing a reply to the government's Answer (November 4) will be extended to March 4, 2025.

Opposing counsel, Traci Kenner, has stated that the Government does not oppose this procedural motion.

Respectfully submitted this 5th day of September 2024.

FEDERAL PUBLIC DEFENDER FOR
THE MIDDLE DISTRICT OF TENNESSEE
CAPITAL HABEAS UNIT

KELLEY J. HENRY
Supervisory Asst. Federal Public Defender
810 Broadway, Suite 200
Nashville, TN 37203
Phone: (615) 736-5047
Fax: (615) 736-5265
Email: Kelley_Henry@fd.org

BY: /s/ *Kelley Henry*

## CERTIFICATE OF CONFERENCE

I hereby certify that on September 5, 2024, Assistant United States Attorney Traci Kenner communicated that the government does not oppose this 120-day extension.

*/s/ Kelley Henry*
Date: September 5, 2024

## CERTIFICATE OF SERVICE

I hereby certify that a copy of this document has been served on counsel for the government by electronic case filing via the PACER CM/ECF system.

*/s/ Kelley Henry*
Date: September 5, 2024