N THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| RICKY FACKRELL, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | No. 1:23-CV-00119 |
| | ) | |
| UNITED STATES OF AMERICA, | ) | **CAPITAL 2255 PROCEEDINGS** |
| | ) | |
| | ) | |
| Respondent. | ) | |

---

**UNOPPOSED MOTION FOR EXTENSION OF TIME TO RE-FILE
CORRECTED REDACTED VERSION OF 2255 MOTION AND EXHIBITS**

---

Ricky Fackrell, through counsel, moves for an extension of time for filing his corrected section 2255 motion and accompanying exhibits to and including January 21, 2025. The government does not oppose this motion. Support for the motion is stated herein.

## I.    Procedural History and Current Deadlines

This Court entered its 42-page order granting in part and denying in part Mr. Fackrell's request to seal portions of his section 2255 motion and accompanying exhibits, Dkt. #30, on September 27, 2024. Dkt. #51. The Court ordered Mr. Fackrell to file his corrected section 2255 motion and accompanying exhibits within thirty days (October 28, 2024). Pursuant to this Court's orders, Mr. Fackrell's amended section 2255 motion is due January 21, 2025.

## II. Grounds for Motion

Undersigned counsel has professional obligations October 23–25, November 5–6, November 11–14, December 8–13, as well as personal obligations October 21–22 and the intervening Thanksgiving and Christmas Holidays. In the interim, counsel is also working to amend the 2255 in this matter.

It appears prudent for ease of reference and judicial economy to file the corrected motion simultaneously with the amended motion. Opposing counsel, Traci Kenner, has stated that the Government does not oppose this procedural motion.

## III. Conclusion

WHEREFORE, the motion should be granted.

Respectfully submitted this 18th day of October 2024.

FEDERAL PUBLIC DEFENDER FOR
THE MIDDLE DISTRICT OF TENNESSEE
CAPITAL HABEAS UNIT

KELLEY J. HENRY
Supervisory Asst. Federal Public Defender
810 Broadway, Suite 200
Nashville, TN 37203
Phone: (615) 736-5047
Fax: (615) 736-5265
Email: Kelley_Henry@fd.org

BY: /s/ *Kelley Henry*

## CERTIFICATE OF CONFERENCE

I hereby certify that on October 16, 2024, Assistant United States Attorney Traci Kenner communicated that the Government does not oppose this extension.

*/s/ Kelley Henry*
Date: October 18, 2024

## CERTIFICATE OF SERVICE

I hereby certify that a copy of this document has been served on counsel for the government by electronic case filing via the PACER CM/ECF system.

*/s/ Kelley Henry*
Date: October 18, 2024