IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| RICKY FACKRELL, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | No. 1:23-CV-00119 |
| | ) | |
| UNITED STATES OF AMERICA, | ) | **CAPITAL 2255 PROCEEDINGS** |
| | ) | |
| | ) | |
| Respondent. | ) | |

## ORDER

Petitioner's Unopposed Motion for Extension of Time to Re-File Corrected Redacted Version of 2255 Motion and Exhibits is **GRANTED**.

Accordingly, it is **ORDERED** that Petitioner's deadline to file his corrected, redacted section 2255 motion and accompanying exhibits is to coincide with his filing of the amended § 2255 pleading pursuant to Fed. R. Civ. P. 15 which is due on or before January 21, 2025.

It is further **ORDERED** that this does not alter Petitioner's deadline to file a reply to the government's Answer to the § 2255 motion on or before March 4, 2025.