IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

RICKY ALLEN FACKRELL, #12324-081 §
§
§ CIVIL ACTION NO. 1:23-cv-119
VS. §
§ DEATH PENALTY
§
UNITED STATES OF AMERICA §

O R D E R

Before the Court is Movant Ricky Allen Fackrell's *Unopposed Motion for Extension of Time to Re-File Corrected Redacted Version of 2255 Motion and Exhibits*. (Docket No. 55). Fackrell seeks an extension of time to file his corrected, redacted Section 2255 motion until January 21, 2025. His corrected, redacted Section 2255 Motion and Exhibits were due on or about October 27, 2024. (Docket No. 51 at 42).

As grounds for his motion for extension of time, Fackrell cites to his counsel's busy case load and the upcoming holidays. He urges that filing his corrected, redacted motion contemporaneously with his amended Section 2255 motion provides for ease of reference and judicial economy. The Court will grant the motion. **It is**

**ORDERED** that Movant Fackrell's *Unopposed Motion for Extension of Time to Re-File Corrected Redacted Version of 2255 Motion and Exhibits* (Docket No. 55) is **GRANTED**. It is

**ORDERED** that Fackrell shall file his corrected, redacted § 2255 Motion and Exhibits in accordance with Docket No. 51 on or before January 21, 2025.

SIGNED this 4th day of November, 2024.

_____
Zack Hawthorn
United States Magistrate Judge