IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

BEAUMONT DIVISION

| | | |
|---|---|---|
| RICKY ALLEN FACKRELL, | § | |
| v. | § | CIVIL ACTION NO. 1:23-cv-119 |
| | | CRIM. NO. 1:16-cr-00026(02) |
| UNITED STATES OF AMERICA | § | |

**O R D E R**

On December 23, 2024, President Joseph R. Biden, Jr. commuted the death sentence imposed upon Movant Ricky Allen Fackrell in Criminal Action No. 1:16-CR-00026(02) to life imprisonment without the possibility of parole. (Dkt. #59). All other conditions and components of the previous sentence were left intact.

The commutation of Movant's death sentence calls into question the viability of his federal habeas petition pursuant to 28 U.S.C. § 2255. In the Fourth Circuit, a federal prisoner's § 2255 Motion to Vacate was deemed moot because no live case or controversy existed after the commutation of his sentence. *See United States v. Surratt*, 855 F.3d 218 (4th Cir.), *cert. denied*, 583 U.S. 1040 (2017) (dismissing § 2255 appeal because petitioner received a presidential commutation of his life sentence in which he received the relief he was seeking and more). The Sixth Circuit, however, found that there could be issues which survive beyond a commutation of a sentence. *Dennis v. Terris*, 927 F.3d 955, 959 (6th Cir. 2019), *cert. denied*, 140 S. Ct. 2571 (2020). Movant should be allowed to respond as to whether any live case or controversy still exists in this cause, and specifically which issues, if any, are not moot. It is

**ORDERED** that Movant Fackrell shall file a response within 30-days of this Order stating what specific issues, if any, present a live case or controversy and are not moot under *Surratt*, 855 F.3d 218. If Movant believes that all issues are moot or is content with the result of the commutation of his sentence, he should file a Notice of Voluntary Dismissal pursuant to Fed. R. Civ. P. 41(a). It is further

**ORDERED** that the Government shall file a reply within 21-days of the filing of Movant's response stating its agreement or disagreement with any issue that Movant claims is not moot. It is further

**ORDERED** that the Clerk of Court is directed to **ADMINISTRATIVELY CLOSE** this cause of action for administrative and statistical purposes until such time as either a Notice of Voluntary Dismissal or the Government's reply to Movant's response is filed. The administrative and statistical closing of the lawsuit shall not prejudice the rights of Movant or the Government to proceed with this cause at such time further proceedings are practicable.

SIGNED this 4th day of January, 2025.

_____
Zack Hawthorn
United States Magistrate Judge