IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| RICKY FACKRELL, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | No. 1:23-CV-00119 |
| | ) | |
| UNITED STATES OF AMERICA, | ) | **2255 PROCEEDINGS** |
| | ) | |
| | ) | |
| Respondent. | ) | |

---

## UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO COURT'S JANUARY 5, 2025 ORDER

---

Ricky Fackrell, through counsel, moves for a 90-day extension of time for filing his response to the Court's January 5, 2025 Order that he specify which issues continue to present a live case or controversy and are not moot under *United States v. Surratt*, 855 F.3d 218 (4th Cir.), *cert. denied*, 583 U.S. 1040 (2017). The government does not oppose this motion. Support for the motion is stated herein.

### I.    Procedural History and Current Deadlines

On March 20, 2023, Mr. Fackrell filed his 28 U.S.C. § 2255 motion in March 2023. R. 1. On May 25, 2023, the Court struck that motion and ordered Mr. Fackrell to file a motion that did not exceed 170 pages in length. R. 10. Mr. Fackrell filed his redacted motion on July 24, 2023. R. 17; *see also* R. 19 (corrected motion). The Court issued a show cause order on September 8, 2023, ordering the government to file a response by November 10, 2023. R. 28. The government ultimately answered the

motion on April 5, 2024. R. 43. Mr. Fackrell filed an unopposed motion for extension of time to file his Rule 15 amendment as a matter of right and reply which this Court granted. R. 56.

On December 23, 2024, President Joseph Biden commuted Mr. Fackrell's death sentence to life imprisonment. R. 59. Thereafter this Court issued an order that Mr. Fackrell specify which issues continue to present a live case or controversy and are not moot under *Surratt*, 855 F.3d 218. R. 60.

## II.     Grounds for Motion

Mr. Fackrell's medication condition remains serious. Though he has seen some minor improvement, he still has little use of his dominant arm. He requires powerful pain medications which do not completely ameliorate the pain of his condition and which carry their own side effects. Mr. Fackrell is unable to take needed psychiatric medication because it is still unknown what triggered his near fatal attack of rhabdomyolysis over a year ago. Mr. Fackrell's physical state and compromised mental state continue to impede counsel's ability to advise Mr. Fackrell on matters relating to his § 2255 petition.

In addition to Mr. Fackrell's tenuous medical state, counsel requires additional time to process the government's lengthy Answer and to consider the arguments contained therein in light of Mr. Fackrell's claims.

## III.     Conclusion

For the reasons stated above, Mr. Fackrell respectfully requests a 90-day extension of time for filing response to this Court's order. The extension would mean

that Mr. Fackrell would file his Response on or before May 4, 2025. The Government

does not oppose this procedural motion.

Dated: January 29, 2025

Respectfully submitted,

FEDERAL PUBLIC DEFENDER FOR
THE MIDDLE DISTRICT OF TENNESSEE
CAPITAL HABEAS UNIT

KELLEY J. HENRY
Supervisory Asst. Federal Public Defender
810 Broadway, Suite 200
Nashville, TN 37203
Phone: (615) 736-5047
Fax: (615) 736-5265
Email: Kelley_Henry@fd.org

BY: /s/ *Kelley Henry*

## CERTIFICATE OF CONFERENCE

I hereby certify that on January 22, 2025, Assistant United States Attorney Traci Kenner communicated that the government does not oppose this 90-day extension.

*/s/ Kelley Henry*
Date: January 29, 2025

## CERTIFICATE OF SERVICE

I hereby certify that a copy of this document has been served on counsel for the government by electronic case filing via the PACER CM/ECF system.

*/s/ Kelley Henry*
Date: January 29, 2025