IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| RICKY FACKRELL, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | No. 1:23-CV-00119 |
| | ) | |
| UNITED STATES OF AMERICA, | ) | **2255 PROCEEDINGS** |
| | ) | |
| | ) | |
| Respondent. | ) | |

---

## ORDER

---

Petitioner's Unopposed Motion for Extension of Time to Respond to Court's January 5, 2025 Order is **GRANTED**.

Accordingly, it is **ORDERED** that Petitioner's deadline to file his response to the Court's January 5, 2025 Order which is currently due on or before February 3, 2025 is extended for 90 days. The response to the Court's order (R. 60) is now due on or before May 4, 2025.