IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

BEAUMONT DIVISION

| | | |
|---|---|---|
| RICKY ALLEN FACKRELL | § | |
| vs. | § | CIVIL ACTION NO. 1:23cv119 |
| | | CRIM. NO. 1:16-cr-00026(02) |
| UNITED STATES OF AMERICA | § | |

O R D E R

Before the court is Movant Fackrell's Unopposed Motion for Extension of Time to Respond to Court's January 5, 2025 Order (Dkt. #61). Fackrell acknowledges that the court has directed him to file a response as to what claims, if any, remain in his 28 U.S.C. § 2255 motion after the commutation of his death sentence to life without parole. His response is currently due on or before February 4, 2025. He seeks a ninety-day extension of time.

Fackrell's counsel state that Fackrell is still suffering from the effects of Rhabdomyolysis[1], that he is unable to take his psychiatric medications because of the unknown cause and effect on his Rhabdomyolysis, and that counsel need additional time to review and consider the Government's Answer to Fackrell's habeas claims. He requests an extension of time until May 4, 2025. While Fackrell's motion for extension of time is reasonable, the amount of time requested for an extension is excessive. It is therefore

---

[1] Rhabdomyolysis is a serious medical condition where muscle tissue breaks down rapidly, releasing harmful substances into the bloodstream. This can lead to organ damage, particularly to the kidneys. https://my.clevelandclinic.org/health/diseases/21184-rhabdomyolysis.

1

**ORDERED** that Movant Fackrell's Unopposed Motion to Extension of Time to Respond to Court's January 5, 2025 Order (Dkt. #61) is **GRANTED** in part and **DENIED** in part. Movant Fackrell shall file his Response to the Court's Order on or before March 21, 2025.

SIGNED this 3rd day of February, 2025.

_____
Zack Hawthorn
United States Magistrate Judge