IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| RICKY FACKRELL | § | |
| | § | |
| V. | § | Civil No. 1:23-CV-119 |
| | § | Criminal No. 1:16-CR-26(02) |
| UNITED STATES OF AMERICA | § | |

**GOVERNMENT'S REPLY TO FACKRELL'S RESPONSE TO ORDER
FOR STATEMENT REGARDING VIABILITY OF CLAIMS**

In accordance with the Court's order directing Movant Ricky Fackrell to identify

any claims in his Section 2255 motion that present a live case or controversy after the

commutation of his sentence, the government files this reply.

Fackrell filed a motion to vacate, set aside, or correct sentence under Section 2255

on July 26, 2023. Trl. Doc. 818; 2255 Doc. 19. The motion raised twenty-seven

numbered claims with multiple sub-claims. The Court ordered the government to

respond, 2255 Doc. 28, and the government's response was filed on April 5, 2024, 2255

Doc. 43.

On December 23, 2024, President Joseph R. Biden, Jr., commuted Fackrell's death

sentence to life imprisonment without the possibility of parole. Trl. Doc. 827; 2255 Doc.

59. On January 5, 2025, the Court entered an order directing Fackrell to respond within

30 days with a statement identifying any claims in his Section 2255 motion that still

present a live case or controversy after the commutation of his sentence or to file a notice

of voluntary dismissal under to Fed. R. Civ. P. 41(a) if all claims are moot or if Fackrell

is content with the result of the commutation. 2255 Doc. 60. The Court further directed

**Reply to Response Regarding Moot Claims — Page 1**

the government to submit a reply "stating its agreement or disagreement with any issue that Movant claims is not moot" within 21 days after Fackrell's filing. 2255 Doc. 60.

Fackrell has now responded to the Court's order. 2255 Doc. 63. He identifies 19 claims that he believes remain viable in whole or part. *Id.* Although he does not explicitly limit the viable claims to those involving the guilt phase of the trial, the edited version of Fackrell's list of issues appears to do so. After reviewing the response, the government agrees that—to the extent the identified claims challenge Fackrell's conviction instead of his sentence—they are not moot. The government stands by its response—both procedural and substantive—to the issues Fackrell has identified.

Respectfully submitted,

Abe McGlothin, Jr.
Acting United States Attorney
Eastern District of Texas

/s/ Traci L. Kenner
Traci L. Kenner
Assistant United States Attorney
110 N. College, Suite 700
Tyler, Texas 75702
(903) 590-1400
(903) 590-1439 (fax)
Traci.Kenner@usdoj.gov
Texas Bar No. 11307070

### CERTIFICATE OF SERVICE

I certify that on March 27, 2025, this document was served by the Court's ECF system on Kelley Jane Henry, counsel for Fackrell.

/s/ Traci L. Kenner
Traci L. Kenner
Assistant United States Attorney