IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

BEAUMONT DIVISION

| | | |
|---|---|---|
| RICKY ALLEN FACKRELL, | § | |
| vs. | § | CIVIL ACTION NO. 1:23-cv-119<br>CRIM. NO. 1:16-CR-00026(2) |
| UNITED STATES OF AMERICA | § | |

## <u>ORDER LIFTING STAY AND REOPENING CASE</u>

Before the Court is Movant Ricky Allen Fackrell's *Response to Court's January 5, 2025 Order Regarding Claims that are Not Moot* (Dkt. #63) and the Government's *Reply to Fackrell's Response to Order for Statement Regarding Viability of Claims* (Dkt. #64).

On December 23, 2024, President Joseph R. Biden, Jr. commuted the death sentence imposed upon Fackrell in Criminal Action No. 1:16-CR-00026(2) to life imprisonment without the possibility of parole. (Dkt #56). On January 5, 2025, the present case was stayed and administratively closed (Dkt. #60) while the parties explored which claims remained viable after the President's commutation of Fackrell's death sentence. Now that the parties have agreed that some claims remain viable after the commutation, the stay should be lifted, and the present case should be returned to the active docket. It is therefore

**ORDERED** that the stay is lifted (Dkt. #60), and the case is returned to the active docket.

SIGNED this 8th day of May, 2025.

_____
Zack Hawthorn
United States Magistrate Judge