IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

BEAUMONT DIVISION

| | | |
|---|---|---|
| RICKY ALLEN FACKRELL | § | |
| VS. | § | CIVIL ACTION NO. 1:23-CV-119 |
| | | CRIM. NO. 1:16-CR-00026(02) |
| UNITED STATES OF AMERICA | § | |

## ORDER

On September 27, 2024, this court granted Fackrell's Third Unopposed Motion for Extension of Time for Federal Rule 15 and Reply Deadlines (doc. #52). Pursuant to this Order, Fackrell's amended § 2255 motion was due on or before January 21, 2025, and his reply to the Government's response to the § 2255 motion was due on or before March 4, 2025. *Id.* On December 23, 2024, President Joseph R. Biden, Jr. entered an Executive Grant of Clemency as to Fackrell, commuting his death sentence (doc. #59). The case was then administratively closed on January 5, 2025 (doc. #60). In the latter Order, Fackrell was required to file a response within thirty (30) days stating what specific issues, if any, still present a live case or controversy or are rendered moot. *Id.* The Government was given twenty-one (21) days to file a reply. *Id.* Fackrell filed a Response on March 21, 2025, after the court granted an extension, identifying several claims that remain that were not mooted by the executive grant of clemency (doc. #63). The Government filed a Reply on March 27, 2025 (doc. #64). The stay was then lifted on May 8, 2025 (doc. #65). Fackrell has yet to seek leave to amend his § 2255 motion or file his reply to the Government's response nor given any indication it is his intent to do so. Based on the foregoing, it is,

**ORDERED** that Fackrell has ten days to inform the court if Fackrell intends to amend his motion to vacate, set aside, or correct sentence, to include removing the now identified mooted claims, and file a reply to the Government's § 2255 response as previously requested.

SIGNED this 5th day of March, 2026.

_____

Zack Hawthorn
United States Magistrate Judge