IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| RICKY FACKRELL, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | No. 1:23-CV-00119 |
| | ) | |
| UNITED STATES OF AMERICA, | ) | **2255 PROCEEDINGS** |
| | ) | |
| | ) | |
| Respondent. | ) | |

## UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO COURT'S MARCH 5, 2026 ORDER

Ricky Fackrell, through counsel, moves for a one-week extension of time to file his response to the Court's March 5, 2025 Order. R.67. The government does not oppose this motion. In support of this motion, Petitioner states the following:

Undersigned counsel is the supervisor of the Capital Habeas Unit for the Federal Public Defender's Office for the Middle District of Tennessee. During the week of March 9, 2026, the resources of the CHU have been focused on a 4 day evidentiary hearing in Shelby County, Tennessee respecting the competency to be executed of their client, Tony Carruthers, who has a scheduled execution date for May 21, 2026. Additional time is needed to review the court's order and file an appropriate response.

WHEREFORE, the motion for extension should be granted.

Dated: March 12, 2026.

Respectfully submitted,

FEDERAL PUBLIC DEFENDER FOR
THE MIDDLE DISTRICT OF TENNESSEE
CAPITAL HABEAS UNIT

KELLEY J. HENRY
Supervisory Asst. Federal Public Defender
810 Broadway, Suite 200
Nashville, TN 37203
Phone: (615) 736-5047
Fax: (615) 736-5265
Email: Kelley_Henry@fd.org

BY: /s/ *Kelley J. Henry*


## CERTIFICATE OF CONFERENCE

I hereby certify that on March 12, 2026 Assistant United States Attorney Traci Kenner communicated that the government does not oppose this one week extension.

*/s/ Kelley J. Henry*
Date: March 12, 2026


## CERTIFICATE OF SERVICE

I hereby certify that a copy of this document has been served on counsel for the government by electronic case filing via the PACER CM/ECF system.

*/s/ Kelley J. Henry*
Date: March 12, 2026