IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| RICKY FACKRELL, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | No. 1:23-CV-00119 |
| | ) | |
| UNITED STATES OF AMERICA, | ) | **2255 PROCEEDINGS** |
| | ) | |
| | ) | |
| Respondent. | ) | |

---

### ORDER

---

Petitioner's Unopposed Motion for Extension of Time to Respond to Court's March 5, 2026 Order is **GRANTED**.

Accordingly, it is **ORDERED** that Petitioner's deadline to file his response to the Court's March 5, 2026 Order which is currently due on or before March 16, 2026 is extended for one week.  The response to the Court's order (R. 67) is now due on or before March 23, 2026.

SIGNED this ____ day of March, 2026.

_____
Zack Hawthorn
United States Magistrate Judge

APPROVED FOR ENTRY:


KELLEY J. HENRY
Supervisory Asst. Federal Public Defender
810 Broadway, Suite 200
Nashville, TN 37203
Phone: (615) 736-5047
Fax: (615) 736-5265
Email: Kelley_Henry@fd.org

BY: /s/ *Kelley J. Henry*