IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

BEAUMONT DIVISION

| | | |
|---|---|---|
| RICKY ALLEN FACKRELL | § | |
| | | |
| VS. | § | CIVIL ACTION NO. 1:23-CV-119 |
| | | CRIM. NO. 1:16-CR-00026(02) |
| | | |
| UNITED STATES OF AMERICA | § | |

## ORDER

Currently pending is an Unopposed Motion for Extension of Time to Respond to Court's March 5, 2026, Order (doc. #68). The motion is meritorious. It is,

**ORDERED** that Fackrell's deadline to file his response to the Court's March 5, 2026, Order is extended by one week. The response is now due on or before March 23, 2026.

SIGNED this 17th day of March, 2026.

_____

Zack Hawthorn
United States Magistrate Judge