IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

RICKY ALLEN FACKRELL,        )
        )
    Movant,        )
        )
v.        )    No. 1:23-CV-00119
        )
UNITED STATES OF AMERICA,        )
        )
        )
    Respondent.        )

## MOVANT'S RESPONSE TO COURT ORDER

Ricky Fackrell, through counsel, and files the following response to this Court's March 5, 2026 Order (Doc. 67).

Mr. Fackrell does intend to amend his Motion to Vacate, Set Aside, or Correct Sentence and reply to the Government's previously filed response. Mr. Fackrell has consulted with counsel for the Government regarding scheduling and requests that he be given 120 days to amend his motion (July 21, 2026) and 90 days thereafter to file his reply (October 19, 2026). Counsel for the Government does not oppose this schedule. Undersigned counsel appreciates this Court's patience in navigating this complex case.

Dated: March 23, 2026.

Respectfully submitted,

FEDERAL PUBLIC DEFENDER FOR
THE MIDDLE DISTRICT OF TENNESSEE

CAPITAL HABEAS UNIT

KELLEY J. HENRY
Supervisory Asst. Federal Public Defender
810 Broadway, Suite 200
Nashville, TN 37203
Phone: (615) 736-5047
Fax: (615) 736-5265
Email: Kelley_Henry@fd.org

BY: /s/ *Kelley J. Henry*

## CERTIFICATE OF CONFERENCE

I hereby certify that on March 20, 2026 Assistant United States Attorney Traci Kenner communicated that the government does not oppose the proposed schedule discussed herein.

*/s/ Kelley J. Henry*
Date: March 23, 2026

## CERTIFICATE OF SERVICE

I hereby certify that a copy of this document has been served on counsel for the government by electronic case filing via the PACER CM/ECF system.

*/s/ Kelley J. Henry*
Date: March 23, 2026