IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

BEAUMONT DIVISION

| | | |
|---|---|---|
| RICKY ALLEN FACKRELL | § | |
| VS. | § | CIVIL ACTION NO. 1:23-CV-119<br>CRIM. NO. 1:16-CR-00026(02) |
| UNITED STATES OF AMERICA | § | |

## ORDER

On March 5, 2026, the court ordered Fackrell to inform th court if Fackrell intends to amend his motion to vacate, set aside, or correct sentence, to include the now identified mooted claims, and file a reply to the Government's § 2255 response as previously requested (doc. #67).  Fackrell responded on March 23, 2026, stating it is his intent to amend and file a reply to the Government's response (doc. #70).  Fackrell consulted with opposing counsel regarding the schedule, requesting 120 days to amend his motion and 90 days thereafter to file the reply.  Counsel for the Government does not oppose the request.  It is,

**ORDERED** that Fackrell has until July 21, 2026, to amend his motion to vacate, set aside, or correct sentence, and until October 19, 2026, to file his reply.

SIGNED this 23rd day of March, 2026.

_____
Zack Hawthorn
United States Magistrate Judge