IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| RICKY FACKRELL, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | No. 1:23-CV-00119 |
| | ) | |
| UNITED STATES OF AMERICA, | ) | **2255 PROCEEDINGS** |
| | ) | |
| | ) | |
| Respondent. | ) | |

---

**NOTICE OF APPEARANCE AND MOTION TO SUBSTITUE COUNSEL**

---

First Assistant Federal Public Defender Amy D. Harwell gives notice of appearance as counsel for the Petitioner, Ricky Fackrell, and moves that she be substituted for prior counsel, Kelley J. Henry, as Ms. Henry has taken a leave of absence from the Office of the Federal Public Defender for the Middle District of Tennessee effective immediately.

Dated this the 7th day of May, 2026.

FEDERAL PUBLIC DEFENDER FOR
THE MIDDLE DISTRICT OF TENNESSEE
CAPITAL HABEAS UNIT

AMY D. HARWELL
First Assistant Federal Public Defender

164 Rosa L. Parks Blvd.
Nashville, TN 37203
Phone: (615) 736-5047
Fax: (615) 736-5265

BY: */s/ Amy D. Harwell*

## **CERTIFICATE OF SERVICE**

I certify that on this 7th day of May, 2026, a copy of the foregoing was filed and served via the Court's CM/ECF system on all counsel for Respondents.

*/s/ Amy D.* Harwell
First Assistant Federal Public Defender