IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| RICKY FACKRELL, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | No. 1:23-CV-00119 |
| | ) | |
| UNITED STATES OF AMERICA, | ) | **CAPITAL 2255 PROCEEDINGS** |
| | ) | |
| | ) | |
| Respondent. | ) | |

## ORDER

Petitioner's Motion to Substitute Counsel is **GRANTED**.

Accordingly, it is **ORDERED** that Kelley J. Henry be withdrawn from representation of Mr. Fackrell and that Amy D. Harwell is substituted in her place.