IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

BEAUMONT DIVISION

RICKY FACKRELL                          §

VS.                                     §          CIVIL ACTION NO. 1:23-CV-119

UNITED STATES OF AMERICA                §

<u>ORDER</u>

Now pending is a Notice of Appearance and Motion to Substitute Counsel filed by the First Assistant Federal Public Defender Amy D. Harwell (doc. #72). Federal Public Defender Kelley J. Henry has taken a leave of absence from the Office of the Federal Public Defender for the Middle District of Tennessee. It is,

**ORDERED** that the Motion to Substitute Counsel (doc. #72) is **GRANTED**. First Assistant Federal Public Defender Amy D. Harwell is substituted in as counsel of record for Movant. Federal Public Defender Kelley J. Henry shall be removed from all notifications in this case.

SIGNED this 9th day of May, 2026.

_____
Zack Hawthorn
United States Magistrate Judge