# UNITED STATES DISTRICT COURT
for the

Eastern District of Texas

| | | |
|---|---|---|
| Ricky Fackrell | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:23-cv-00119 |
| United States of America | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Ricky Fackrell                                                                                      .

Date:      05/14/2026                                     s/Katheryn Thomas
                                                                                *Attorney's signature*

                                                      Katheryn P. Thomas WV13477
                                                                        *Printed name and bar number*

                                            Federal Public Defenders for the Middle Dist of TN
                                                             164 Rosa L. Parks Blvd.
                                                          Nashville, Tennessee 37203

                                                                                *Address*

                                                          kit_thomas@fd.org
                                                                            *E-mail address*

                                                            (615) 736-5047
                                                                        *Telephone number*

                                                            (615) 736-5265
                                                                            *FAX number*