IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| RICKY FACKRELL, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | No. 1:23-CV-00119 |
| | ) | |
| UNITED STATES OF AMERICA, | ) | **2255 PROCEEDINGS** |
| | ) | |
| | ) | |
| Respondent. | ) | |

## UNOPPOSED MOTION FOR EXTENSION
## OF TIME TO FILE AMENDED PETITION

Ricky Fackrell, through counsel, moves for a ninety-day extension of time to file his response to the Court's March 23, 2026 Order. R.71. The government does not oppose this motion. In support of this motion, Petitioner states the following:

Undersigned counsel is the (new) supervisor of the Capital Habeas Unit for the Federal Public Defender's Office for the Middle District of Tennessee. Ms. Harwell assumed that responsibility upon the sudden and unanticipated departure of Kelley Henry, from the Capital Habeas Unit. As this Court is aware, Ms. Henry was lead counsel for Mr. Fackrell since the inception of this case. Ms. Harwell and undersigned attorney, Kit Thomas, have assumed both the leadership of the Capital Habeas Unit and of Mr. Fackrell's case. Because Ms. Henry had previously steered the work on this matter, amendment of the petition will require careful review by new counsel and additional time is required.

According, counsel requests—and the Government does not oppose—that this Court grant a ninety (90) day extension of time for counsel to file the Amended Petition. Should the Court grant counsel's request, Mr. Fackrell's Petition will be filed on or before October 19, 2026 and his reply to the Government's Answer will be filed ninety (90) days thereafter on January 17, 2027.

WHEREFORE, the motion for extension should be granted.

Dated: July 14, 2026.

Respectfully submitted,

FEDERAL PUBLIC DEFENDER FOR
THE MIDDLE DISTRICT OF TENNESSEE
CAPITAL HABEAS UNIT

AMY D. HARWELL
First Asst. Federal Public Defender

KIT THOMAS
Deputy Chief, Capital Habeas Unit

810 Broadway, Suite 200
Nashville, TN 37203
Phone: (615) 736-5047
Fax: (615) 736-5265
Email: Amy_Harwell@fd.org

BY: /s/ *Amy D. Harwell*

## CERTIFICATE OF CONFERENCE

I hereby certify that on June 22, 2026, Assistant United States Attorney Traci Kenner communicated that the government does not oppose this ninety-day extension.

*/s/ Amy D. Harwell*
Date: July 14, 2026

## CERTIFICATE OF SERVICE

I hereby certify that a copy of this document has been served on counsel for the government by electronic case filing via the PACER CM/ECF system.

*/s/ Amy D. Harwell*
Date: July 14, 2026