IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

RICKY FACKRELL,                           )
                                          )
            Petitioner,                   )
                                          )
v.                                        )       No. 1:23-cv-00119
                                          )
UNITED STATES OF AMERICA,                 )       **CAPITAL 2255 PROCEEDINGS**
                                          )
                                          )
            Respondent.                   )
                                          )

## ORDER

Petitioner's Unopposed Motion to Extend filing deadline for the Amended

Petition is GRANTED.

Petitioner shall file an Amended Petition on or before October 19, 2026 and a

reply to the Government's Answer ninety (90) days thereafter on January 17, 2027.

**IT IS SO ORDERED.**