IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

BEAUMONT DIVISION

| | | |
|---|---|---|
| RICKY FACKRELL | § | |
| VS. | § | CIVIL ACTION NO. 1:23-CV-119 |
| UNITED STATES OF AMERICA | § | |

<u>ORDER</u>

Now pending is an Unopposed Motion for Extension of Time to File Amended Petition (doc. #75). Petitioner seeks a ninety-day extension, through October 19, 2026. The Government is not opposed to the extension. It is,

**ORDERED** that the Unopposed Motion for Extension of Time to File Amended Petition (doc. #75) is **GRANTED**. The amended petition is now due no later than October 19, 2026. The Government's Answer will be no later than January 17, 2027. The parties are admonished that no further extensions will be granted.

SIGNED this 23rd day of July, 2026.

_____
Zack Hawthorn
United States Magistrate Judge